

 




**Top Content**


**People**


**Learning**

**Jobs**

**Games**

## Liz Fong-Jones' Post

 **Liz Fong-Jones**
1mo

**· · ·**

thanks to everyone who helped with this and with my citizenship application! my application for Australian citizenship is now with my solicitors to submit!

 **Liz Fong-Jones**
1y  ·  Edited

It is January 2025, which marks 3 years since I landed in Australia as a permanent resident. Unfortunately, my resident return travel facility expires not 5 years from initial landing, but 5 years from the initial visa grant which occurred in Nov 2020.

In order to get an automatic 5-year renewal, I'd need to have spent 2 years onshore since Nov 2020, but I have not been able to do that given the abridged timeline and the fact I split my time between here and Canada. Thus, to get my travel facility renewed 1 year at a time (until I become a citizen), I need to get referee letters to show I have "substantial ties to Australia that are of benefit to Australia".

If you've benefited from having me speak at your event in Australia, or from having me do work to support you from onshore with your SRE, OpenTelemetry, or Honeycomb journey, please let me know if you'd like to write a referee letter. Bonus points if you're an ACS (Australian Computer Society) member, as that's the locally recognised body for our profession.



42 · 6 Comments

Like          Comment          Share

**Martin C.**                                                                 1mo

Welcome Liz Fong-Jones – hope you never need to back down on this decision

Like ·          Reply

**Luis Bruno**                                                                 1mo

congrats, and don't pet the cassowaries

Like ·          Reply

**Stephen Swoyer**                                                             1mo

take me with u

Like ·          Reply

**Mathew Vine**                                                                1mo

Woo! Good luck with everything from here, Australia's kinder and more fun with you around!

Like ·          Reply      1 Reaction

**Nick Triantafillou**                                                         1mo

🇦🇺🦘🇦🇺🦘🇦🇺🦘

Like ·          Reply

**Bruno Watt**                                                                 1mo

ONE OF US. ONE OF US!!!

Like ·          Reply      1 Reaction

See more comments

To view or add a comment, **sign in**



20,822 followers

**1,076 Posts**

View Profile          +   Connect

# Explore content categories

Career          Productivity          Finance          Soft Skills & Emotional Intelligence

Project Management          Education

Show more ⌄

© 2026

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language