

**EXHIBIT B**

### NYC DEPARTMENT OF FINANCE
### OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2022012500712001001EAFB5

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 8 |
|---|---|

**Document ID:** 2022012500712001    **Document Date:** 01-14-2022    **Preparation Date:** 01-25-2022
**Document Type:** DEED
**Document Page Count:** 6

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST CHOICE ABSTRACT<br>2200 WANTAGH AVE<br>VLR-K-21224 S<br>WANTAGH, NY 11793<br>516-781-0674<br>sgorman@firstchoiceabstractny.com | FIRST CHOICE ABSTRACT<br>2200 WANTAGH AVE<br>VLR-K-21224 S<br>WANTAGH, NY 11793<br>516-781-0674<br>sgorman@firstchoiceabstractny.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1996 | 1301 | Entire Lot  1 | 67 JEFFERSON AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____ *or* DocumentID_____ *or* _____ Year_____ Reel____ Page_____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| THE ZHEN ELIZABETH FONG-JONES LIVING TRUST<br>9450 SW GEMINI DR PMB 64524<br>BEAVERTON, OR 97008 | ANGELA FABBRO<br>67 JEFFERSON AVEUNE UNIT 1<br>BROOKLYN, NY 11216 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 22,087.50 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $6,200.00  + $15,500.00 = $ | 21,700.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 67.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        01-31-2022 13:24
City Register File No.(CRFN):
**202200045324**

*Annette M Hill*

*City Register Official Signature*