

**Registration Number**

# VAu 1-576-006

**Effective Date of Registration:**
August 25, 2025
**Registration Decision Date:**
February 18, 2026

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title

| | |
|---|---|
| **Title of Group:** | Fong-Jones Photo Group 1 1-14962489821 |
| **Number of Photographs in Group:** | 8 |

- **Individual Photographs:** Liz Fave,
  Liz Fave tiff,
  Liz1,
  Liz1 tiff,
  Liz2,
  Liz2 tiff,
  Liz3,
  Liz3 tiff

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Zackary Drucker
  **Author Created:** photographs
  **Work made for hire:** No

## Copyright Claimant

**Copyright Claimant:** Zhen Elizabeth Fong-Jones
9450 Gemini Dr, PMB 64524, Beaverton, OR, 97008, United States
**Transfer statement:** By assignment

## Rights and Permissions

| | |
|---:|:---|
| **Name:** | Thomas Prince |
| **Email:** | tprince@kusklaw.com |
| **Telephone:** | (704)954-8038 |
| **Alt. Phone:** | (980)417-4914 |
| **Address:** | 1700 Broadway |
| | 16th Floor |
| | New York, NY 10019 |

## Certification

| | |
|---:|:---|
| **Name:** | Thomas Prince |
| **Date**: | August 15, 2025 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding group registration: Registration extends to corresponding photographs in contents titles and in deposit.