

**From:** **Matthew Hardin** HardinLawPLLC@icloud.com
**Subject:** Re: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)
**Date:** March 12, 2026 at 8:18 PM
**To:** Lane Haygood  lhaygood@kusklaw.com
**Cc:** Kathryn Tewson  ktewson@kusklaw.com,  matt@matthewhardin.com

Good evening,

In advance of your 5 p.m. deadline tomorrow, and so that your client does not somehow take the view that Lolcow LLC is acting out of willfulness, we have filed the attached action for declaratory relief. We remain of the view that mediation is appropriate, but we are not in a position to agree to your terms below, which we believe are guided more by a desire to silence online criticism and discussion than to resolve a legitimate copyright dispute. Perhaps your client will be interested in making use of the District Court's ADR/mediation program.

We would appreciate it if you would be amenable to waiving service and have enclosed the waiver form for that purpose. Please let me know if you are not authorized to waive service, so that I can take appropriate action to effectuate service of a summons.

Best,



**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

Redacted because Defendant's Counsel asserts Fed. R. Evid. 408 Protection