**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2059 |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE**

This matter is before the Court on Lolcow LLC's Motion for Alternative Service. ECF No. 6. For the reasons set forth in the Motion, and for good cause shown, it is hereby ORDERED that Lolcow LLC shall effectuate service by simultaneously taking the following actions:

1. Emailing a copy of the summons and complaint to Lane Haygood at lhaygood@kusklaw.com and Zhen Elizabeth Fong-Jones at lizf@honeycomb.io.

2. Depositing a copy of the summons and complaint into the U.S. Mail, with postage prepaid and return receipt requested, directed to:

> Zhen Elizabeth Fong-Jones
> 9450 SW Gemini Drive, PMB 64524
> Beaverton OR 97008.

Plaintiff shall also include a copy of this order along with the summons and complaint. Proof of service shall thereafter be promptly filed with the Court.

IT IS SO ORDERED this the ___ day of March, 2026.

_____
Judge