**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2059 |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITHDRAWAL OF**
**MOTION FOR ALTERNATIVE SERVICE**

NOW COMES the Plaintiff, Lolcow LLC, by and through its undersigned counsel, and

withdraws the Motion for Alternative Service at ECF No. 6.


Respectfully submitted this the 19th day of March 2026,


HARDIN LAW OFFICE

By: /s/Matthew D. Hardin
      Matthew D. Hardin
Attorney Reg. No. 5899596
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 212-680-4938
Email: MatthewDHardin@gmail.com

*Counsel for Lolcow LLC*

1