KAMERMAN, UNCYK, SONIKER & KLEIN P.C.

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

———

(212) 400-4930

March 19, 2026

**VIA ECF AND EMAIL**

Judge Katherine Polk Failla
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-13
Email: Failla_NYSDChambers@nysd.uscourts.gov

**Re: 1:26-cv-02059, *Lolcow, LLC v. Zhen Eliabeth Fong Jones*, Motion for Extension of Time**

Dear Judge Failla:

Undersigned counsel for Defendant Zhen Elizabeth Fong-Jones respectfully submits this Letter-Motion, on consent, pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Practices § I.e., requesting a brief extension of time for Defendant to answer, move, or otherwise respond to the Complaint in the above-captioned action.

1. **Original Deadline**

On March 12, 2026, Plaintiff's counsel sent Defendant a request for waiver of service of summons pursuant to Federal Rule of Civil Procedure 4(d). Defendant returned the executed waiver on March 18, 2026. Because Defendant was located outside any judicial district of the United States at the time the waiver request was sent, Defendant's deadline to respond is ninety (90) days from March 12, 2026—i.e., June 10, 2026—pursuant to Rule 4(d)(3).

2. **Number of Previous Requests**

This is the first request for an extension of time to respond to the Complaint. No prior requests have been made or denied.

3. **Reason for the Request**

Scheduling conflicts affecting both undersigned counsel and Defendant necessitate a brief extension of the response deadline. The parties request a twelve-day extension, to and including June 22, 2026.

4. **Consent**

March 19, 2026
Page 2


All parties consent to this request. A Stipulation and Proposed Order executed by counsel for both parties is attached hereto as Exhibit A.

The requested extension will not prejudice any party or delay the progress of this action.

For the foregoing reasons, the parties respectfully request that the Court so-order the attached Stipulation extending Defendant's time to answer, move, or otherwise respond to the Complaint to and including June 22, 2026..

Sincerely

KAMERMAN, UNCYK, SONIKER & KLEIN P.C.


By: /s Lane A. Haygood

Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com