UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | **MEMO ENDORSED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2059 |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITHDRAWAL OF
MOTION FOR ALTERNATIVE SERVICE**

NOW COMES the Plaintiff, Lolcow LLC, by and through its undersigned counsel, and

withdraws the Motion for Alternative Service at ECF No. 6.

Respectfully submitted this the 19th day of March 2026,

HARDIN LAW OFFICE

By: /s/Matthew D. Hardin
　　Matthew D. Hardin
Attorney Reg. No. 5899596
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 212-680-4938
Email: MatthewDHardin@gmail.com

*Counsel for Lolcow LLC*

Application GRANTED. The Clerk of Court is directed to terminate
the pending motion at docket entry 6.

Dated:　　March 19, 2026　　　　SO ORDERED.
　　　　　New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE