**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOLCOW, LLC,

      **Plaintiff,**



  v.                  **Civil Action No. 1:26-cv-02059**

ZHEN ELIZABETH FONG-JONES,

      **Defendant.**

_____

**STIPULATION AND PROPOSED ORDER**
**EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Lolcow, LLC and counsel for Defendant Zhen Elizabeth Fong-Jones, as follows:

1. Plaintiff commenced this action by filing a Complaint on or about March 12, 2026. On March 12, 2026, Plaintiff's counsel sent to Defendant's counsel a request for waiver of service of summons pursuant to Federal Rule of Civil Procedure 4(d). Defendant, through counsel, returned the executed Waiver of the Service of Summons on March 19, 2026.

2. Because Defendant was located outside any judicial district of the United States at the time the waiver request was sent, Defendant's time to serve an answer or file a motion under Rule 12 of the Federal Rules of Civil Procedure is ninety (90) days from March 12, 2026, i.e., June 10, 2026, pursuant to Rule 4(d)(3).

3. Due to scheduling conflicts affecting both defense counsel and Defendant, the defense respectfully request that the deadline for Defendant to answer, move, or otherwise respond to the Complaint be extended by twelve (12) days, from June 10, 2026 to and including **June 22, 2026**. Plaintiff does not object.

4. This is the first request for an extension of time to respond to the Complaint. No prior requests for an extension have been made or denied.

5. Plaintiff will withdraw ECF 6, a request for alternative service.

6. The requested extension will not prejudice any party or unduly delay this action.

7. This stipulation is made pursuant to Federal Rule of Civil Procedure 29 and is submitted for a so-ordering by the Court.

Respectfully submitted,

**FOR DEFENDANT:**                    **FOR PLAINTIFF:**

_____            _____

**Lane A. Haygood**                   **Matthew D. Hardin**
KAMERMAN, UNCYK,                      HARDIN LAW OFFICE
  SONIKER & KLEIN, P.C.               101 Rainbow Dr., #11506
1700 Broadway, 16th Floor             Livingston, Texas 77399
New York, NY 10019                    212-580-4938
Tel: (646) 845-6085                   matthewdhardin@gmail.com
lhaygood@kusklaw.com
*Counsel for Defendant*                       *Counsel for Plaintiff*

_____

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 9.
```

**SO ORDERED:**

_____

United States District Judge

Dated: March 19, 2026
       New York, New York