**KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.**
Lane A. Haygood
Email: lhaygood@kusklaw.com
1700 Broadway, 16th Floor
New York, NY 10019
Telephone: (646) 845-6085
Attorneys for Zhen Elizabeth Fong-Jones

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOLCOW LLC,<br>Plaintiff<br><br>v.<br><br>ZHEN ELIZABETH FONG-JONES<br>Defendant | Case No. 1:26-cv-02059-KPF<br><br><br>**DECLARATION OF ZHEN ELIZABETH FONG-JONES IN SUPPORT OF REQUEST FOR DMCA SUBPOENA** |

**DECLARATION OF ZHEN ELIZABETH FONG-JONES**

I, Zhen Elizabeth Fong-Jones, hereby declare as follows:

1.    I am a citizen of the United States of America, over the age of 18 years old. I make this declaration based upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2.    I am the registered copyright holder of the works at issue in this proceeding and am authorized to act on my own behalf with respect to those copyrights.

3.    I submit this declaration in support of my request for the issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), directed to Lolcow LLC ("Lolcow"), the operator of the website located at http://www.kiwifarms.st and/or http://www.kiwifarms.net ("the Website"), relating to the posting of my copyrighted material on the Website.

4.    I have personal knowledge of the copyrights I own and of the ongoing infringement of those copyrights on the Internet. I also have personal knowledge of the instances in which my copyrighted works have been posted without my authorization on the Website.

5.    On February 26, 2026, I, by and through my counsel, Kamerman, Uncyk, Soniker & Klein, P.C., issued and served a copyright infringement notification on Matthew D. Hardin, the registered DMCA agent for Lolcow LLC, relating to posts on the Website. Pursuant to Section 512(c)(3)(A), the notification was properly signed by my authorized counsel, identified the copyrighted material being infringed, set forth a listing of the URLs containing posts of infringing

Declaration                                                                                                  Page 1

material, confirmed that such use of my copyrighted works was not authorized by me, and provided contact information sufficient for the DMCA Agent to respond. A true and correct copy of the February 26, 2026 notification is attached hereto as Exhibit 1. On March 20, 2026, I, by and through my counsel, issued and served a copyright infringement notification on Matthew D. Hardin, the registered DMCA agent for Lolcow LLC, relating to posts on the Website. Pursuant to Section 512(c)(3)(A), the notification was properly signed by my authorized counsel, identified the copyrighted material being infringed, set forth a listing of the URLs containing posts of infringing material, confirmed that such use of my copyrighted works was not authorized by me, and provided contact information sufficient for the DMCA Agent to respond. A true and correct copy of the March 20, 2026 notification is attached hereto as Exhibit 2.

6.      The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from me, posted material to the Website that infringed copyrights held by me. The information received as a result of the Subpoena will only be used to protect my rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the __20th__ day of __March_____, 2026.

*Zhen Elizabeth Fong-Jones*
Zhen Elizabeth Fong-Jones (Mar 20, 2026 16:52:06 PDT)

Zhen Elizabeth Fong-Jones

Declaration                                                                                          Page 2

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK 10019**

———

**(212) 400-4930**

EXHIBIT
**1**

February 26, 2026

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND EMAIL**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX 77399
Email: matt@matthewhardin.com

**RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)**

Matthew,

I am counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006. A copy of the original is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

An unauthorized copy of this work was first uploaded to your client's website by user 3MMA and is available on KiwiFarms at the following URLs (among others):

https://kiwifarms.net/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-23783876

https://kiwifarms.st/attachments/consent-accidents-2026-update-jpg.8606946/

I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,
/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC

February 26, 2026
Page 2

1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

KAMERMAN, UNCYK, SONIKER & KLEIN P.C.

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK  10019

———

(212) 400-4930



March 20, 2026

**VIA EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX  77399
Email: matt@matthewhardin.com

**RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)**

Matthew,

As counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006, we are providing you, the DMCA service agent for Lolcow, LLC, the following DMCA removal request pursuant to 17 U.S.C. § 512(c)(3). A copy of the original visual work is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

An unauthorized copy of this work has been published on the Kiwi Farms website at the following URLs by the following users on the following dates:

| 3/13/2026 | Sexy Senior Citizen | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-23950891 |
|---|---|---|
| 3/14/2026 | Diggus Bickus | https://kiwifarms.st/threads/lolcow-llc-v-liz-fong-jones-2026.241189/post-23960137 |
| 3/20/2026 | Teriyakiburns | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24011066 |
| 3/20/2026 | Dread First | https://kiwifarms.net/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24007809 |

March 20, 2026
Page 2

 I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright, and is not protected by fair use. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

 Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,
/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

**Service Provider History:**

| Effective: May 4, 2025 to Present (Active) ▾ |
|---|

## Service Provider/Designated Agent Information

| Service Provider: | Lolcow LLC<br>736 2nd Ave<br>South Charleston, WV 25303 |
|---|---|
| Designated Agent: | Matthew Hardin<br>The Law Office of Matthew D. Hardin, PLLC<br>101 Rainbow Drive<br>#11506<br>Livingston, TX 77399<br>Phone: 2028021948<br>Email: matt@matthewhardin.com |
| Status: | Active |
| Effective: | May 4, 2025 to Present |

## Alternate Names

Search: [                    ]

| |
|---|
| CWCki Forums |
| Kiwi Farms |
| Lolcow, LLC |
| cwckiforums |
| cwckiforums.com |
| kiwifar.ms |
| kiwifarms |
| kiwifarms.hk |
| kiwifarms.net |
| kiwifarms.ro |

Showing 1 to 10 of 14 entries      Previous   1   2   Next

[ Back to Search ]

**Explanation of Status Field**

The directory contains both current service provider/designated agent information as well as prior versions of designations.

- **"Active"** refers to the service provider's current designation.
- **"Inactive"** refers to an older designation that is no longer in use by the service provider and has been superseded by a newer designation.
- **"Terminated"** refers to a designation that is no longer active and for which the service provider has not provided any superseding designation.

**U.S. Copyright Office**

Library of Congress |
Congress.gov |
USA.gov | FOIA |
Legal | Privacy Policy
| DMCA Help

https://dmca.copyright.gov/dmca/publish/history.html?search=lolcow+llc&id=e6c7f9161f3d7894953fed3d3d511f26     1/1