**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2059 |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
|       Defendant. | ) | |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Lolcow LLC's Motion for an Extension of Time. ECF No. 19. For the reasons set forth in the Motion, and for good cause shown, it is hereby ORDERED that:

1. The time for responding to or moving to quash any of the extant subpoenas in this matter is extended through and including May 31, 2026.

2. The parties shall meet and confer in an attempt to resolve Plaintiff's objections to the subpoenas.

IT IS SO ORDERED this the \_\_\_ day of May, 2026.

_____
Judge