**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

LOLCOW LLC                            :

                                  :   Civil Action No. 1:26-cv-02059 (KPF)

                  Plaintiff,       :

                                  :

    -against-                 :

                                  :   **APPEARANCE OF COUNSEL**

ZHEN ELIZABETH FONG-JONES,    :

                                  :

                Defendant.   :

                                  :

----------------------------------------------------------x

TO:    The Clerk of Court and All Parties of Record.

I, Jay M. Wolman, am admitted or otherwise authorized to practice in this Court, and I am entering my appearance in this case as counsel for certain non-party subjects of the subpoenas appearing on the docket of this matter at ECF Nos. 13 & 15, to wit:

- Doe 1 a/k/a 3MMA

- Doe 2 a/k/a Sexy Senior Citizen

- Doe 3 a/k/a Diggus Bickus

- Doe 4 a/k/a Teriyakiburns

- Doe 5 a/k/a Dread First

- Doe 6 a/k/a The Mass Shooter Ron Soye

- Doe 7 a/k/a GettrGrifter

.Dated: May 15, 2026.                 Respectfully Submitted,

                                            */s/ Jay M. Wolman*
                                            Jay M. Wolman (JW0600)
                                            RANDAZZA LEGAL GROUP, PLLC
                                            100 Pearl Street, 14th Floor
                                            Hartford, CT 06103
                                            Tel: (888) 887-1776
                                            Email: jmw@randazza.com

1

RANDAZZA | LEGAL GROUP

Civil Action No. 1:26-cv-02059 (KPF)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)

2

**RANDAZZA** | LEGAL GROUP