**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK 10019**

**(212) 400-4930**



May 19, 2026

**VIA ELECTRONIC FILING**

Judge Valerie Figueredo
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-13
Email: FigueredoNYSDChambers@nysd.uscourts.gov

### Re: Motion for Extension of Time

Dear Judge Figueredo:

Undersigned counsel for Defendant Zhen Elizabeth Fong-Jones respectfully submits this Letter-Motion, on consent, pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Practices § I.e., requesting a brief extension of time for the parties to file various pleadings and matters before this Court, as agreed to by the parties at our May 13, 2026, meet-and-confer conference.

#### 1. **Original Deadlines**

Pursuant to ECF 20, this Court extended the time to file motions to quash until May 31, 2026, and had previously granted ECF 11, extending the time for Defendant Zhen Elizabeth Fong-Jones to file her initial responsive pleadings until June 22, 2026. Pursuant to ECF 20, this Court had previously granted a single extension of time for Plaintiff to file motions to quash the 17 U.S.C. § 512(h) subpoenas requested by Defendant (ECF 20).

#### 2. **Number of Previous Requests**

This is the second request for an extension of time to respond to the Complaint. One prior request has been granted (ECF 11). This is the second request for an extension of time to file motions to quash 17 U.S.C. § 512(h) subpoenas, with one prior grant (ECF 20).

#### 3. **Reason for the Request**

As discussed by the parties at a May 13, 2026, meet-and-confer, the non-party Doe Subjects/movants represented by Jay Wolman and Marc Randazza (*pro hac vice* forthcoming), who noticed their appearance on May 15, 2026 (ECF 21), require additional time to prepare the motions to quash, to which Defendant has agreed. As a part of that stipulation, the parties agreed to push all deadlines back by a single week to allow increased time to respond.

May 19, 2026
Page 2

4. **Consent**

All parties consent to this request. A Stipulation and Proposed Order executed by counsel for all parties is attached hereto as Exhibit A.

The requested extension will not prejudice any party or delay the progress of this action.

For the foregoing reasons, the parties respectfully request that the Court so-order the attached Stipulation extending the Doe movant's time to file any motions to quash or other necessary motions to June 6, 2026, as well as Defendant's time to answer, move, or otherwise respond to the Complaint to and including June 29, 2026..

Sincerely

KAMERMAN, UNCYK, SONIKER & KLEIN P.C.


By: /s Lane A. Haygood

Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com


The Court will enter the parties' proposed stipulation under separate cover.  But the Court advises the parties that it has not referred this case to Magistrate Judge Figueredo.  Moving forward, the parties should continue to address their communications to the undersigned, as they have in all prior submissions in this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:     May 20, 2026
           New York, New York

SO ORDERED.


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE