**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOLCOW, LLC,

      **Plaintiff,**

    **v.**                                  **Civil Action No. 1:26-cv-02059**

ZHEN ELIZABETH FONG-JONES,

      **Defendant.**

_____

**STIPULATION AND PROPOSED ORDER**
**EXTENDING TIME TO FILE NECESSARY PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff, Lolcow, LLC; counsel for Defendant Zhen Elizabeth Fong-Jones; and counsel for non-party Doe Subjects/recipients of 17 U.S.C. § 512(h) subpoena, as follows:

1. The Court previously granted an extension of time to file Defendant's responsive pleadings (ECF 11) and Plaintiff's motion to extend time to file motions to quash or otherwise respond to various subpoenas (ECF 20).

2. Defendant requested the Clerk to issue subpoenas pursuant to 17 U.S.C. § 512(h) (ECF 12, 14, 16). On May 15, 2026, Doe movants noticed appearance (ECF 21).

3. All counsel met and conferred regarding motions to quash and responsive pleadings on May 13, 2026, including counsel for Doe movants.

4. Pursuant to that conference, the parties agreed to extend deadlines to file all necessary pleadings and motions by seven (7) days each. That will result in an extension of time to move to quash or otherwise respond to the subpoenas through and including June 7, 2026, and an extension of time to file responsive pleadings through and including June 29, 2026.

5. This is the second request for such extensions from both Defendant and Plaintiff and the first request for an extension from third-party movants. Both Defendant and Plaintiff have each been granted a single extension previously.

6. The requested extension will not prejudice any party or unduly delay this action.

Stipulation and Proposed Order                                                           Page 1

7.      This stipulation is made pursuant to Federal Rule of Civil Procedure 29 and is submitted for a so-ordering by the Court.

Respectfully submitted,

**FOR DEFENDANT:**                                              **FOR PLAINTIFF:**

/s/ Lane Haygood                                                   /s/ Matthew D. Hardin
**Lane A. Haygood**                                              **Matthew D. Hardin**
KAMERMAN, UNCYK,                                       HARDIN LAW OFFICE
  SONIKER & KLEIN, P.C.                                   101 Rainbow Dr., #11506
1700 Broadway, 16th Floor                                Livingston, Texas 77399
New York, NY 10019                                        212-580-4938
Tel: (646) 845-6085                                          matthewdhardin@gmail.com
lhaygood@kusklaw.com
*Counsel for Defendant*                                       *Counsel for Plaintiff*


/s/ Jay M. Wolman
**Jay Marshall Wolman**
RANDAZZA LEGAL GROUP, PLLC
100 Pearl St., 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
jmw@randazza.com
*Counsel for Doe Subjects*
_____


**SO ORDERED:**

_____
United States District Judge


Dated: May 20, 2026
        New York, New York