**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

LOLCOW LLC,                                                                          :

                                             :  Civil Action No. 1:26-cv-2059

                       Plaintiff,                                     :

                                             :

               -against-                                          :

                                             :  **MOTION FOR ADMISSION *PRO HAC***

ZHEN ELIZABETH FONG-JONES,                :  ***VICE* OF MARC J. RANDAZZA**

                                             :

                       Defendant.                                   :

                                             :

-----------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marc J. Randazza, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Does One through Seven in the above-captioned action.  In the past 3 years, I sought pro hac vice admission in this Court in the following matters:

On April 18, 2023, I was admitted *Pro Hac Vice* in the United States District Court for the Southern District of New York in the matter of *MCM Group 22, LLC v. Lyndon Perry*, Case No.: 1:22-cv-06157-PGG.

I am a member in good standing of the Bars of the states of Arizona, California, Florida, Massachusetts, and Nevada, and there are no pending disciplinary proceedings against me in any state or federal court, although, as set forth in the attached, a matter is disclosed out of an abundance of caution.  I have never been convicted of a felony.  I have been disciplined as detailed herein.  I have attached the affidavit pursuant to Local Rule 1.3.

//

//

//

1

RANDAZZA | LEGAL GROUP

Dated: June 1, 2026.                              Respectfully Submitted,

                                                  */s/ Marc J. Randazza*
                                                  Marc Randazza
                                                  RANDAZZA LEGAL GROUP, PLLC
                                                  30 Western Ave.
                                                  Gloucester, MA 01930
                                                  Tel:      702-420-2001
                                                  Email:   mjr@randazza.com

                                                  *Attorney for Does One through Seven*

2

RANDAZZA | LEGAL GROUP

Civil Action No. 1:24-cv-09978-ALC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc Randazza, (*Pro Hac Vice* forthcoming)

3

RANDAZZA | LEGAL GROUP