**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

LOLCOW LLC,                                :

                               :    Civil Action No. 1:26-cv-2059

                  Plaintiff,    :

                               :

       -against-    :    **[PROPOSED] ORDER**

                               :

ZHEN ELIZABETH FONG-JONES,    :    **GRANTING MOTION FOR**

                               :

                Defendant.    :    **ADMISSION *PRO HAC VICE***

                               :

-----------------------------------------------------------x

The motion of Marc J. Randazza for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bars of the states of Arizona, California, Florida, Massachusetts, and Nevada, and that his contact information is as follows:

> Marc J. Randazza, Esq.
> RANDAZZA LEGAL GROUP, PLLC
> 30 Western Avenue
> Gloucester, Massachusetts 01930
> Tel:  888-887-1776
> Fax: 305-437-7662
> Email: ecf@randazza.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Does One through Seven in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated _____    _____

                                                  United States District Judge

1