**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-02059-KPF |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**LOLCOW LLC'S MOTION TO QUASH
SUBPOENAS, OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER,
AND FOR ATTORNEYS' FEES AND COSTS**

NOW COMES Lolcow LLC, and respectfully moves that this Court quash all pending subpoenas, or alternatively grant a protective order, and award attorney's fees. Lolcow LLC incorporates by reference the accompanying memorandum of law and exhibits.

Respectfully submitted this the 8th day of June 2026,

HARDIN LAW OFFICE

By:   /s/Matthew D. Hardin
      Matthew D. Hardin
      Attorney Reg. No. 5899596
      101 Rainbow Drive # 11506
      Livingston, TX 77399
      Phone: 212-680-4938
      Email: MatthewDHardin@gmail.com

      *Counsel for Lolcow LLC*