EXHIBIT

**H**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-02059-KPF |
| v. | ) | |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

---

### SUPPLEMENTAL DECLARATION OF JOSHUA MOON

I, Joshua Moon, declare as follows:

1. I am the custodian of records for the Kiwi Farms website (the "Site") and the sole member of Plaintiff Lolcow LLC. I am over the age of eighteen and competent to testify to the matters set forth in this declaration. I submit this Supplemental Declaration in support of Lolcow LLC's Motion to Quash, and to supplement my prior Declaration in this action. The facts stated below are within my personal knowledge and are based on my personal review of the production database of the Site on June 8, 2026.

2. The purpose of this declaration is to identify when certain content associated with DMCA takedown notices and subpoenas in this civil action was removed from the Site.

3. **Background.** The Site runs on the forum software XenForo with custom extensions. Content on the Site can be removed from public view by at least two distinct mechanisms relevant to this declaration:

   a. *Moderator soft-deletion.* A moderator marks an individual post for soft-deletion using XenForo's standard moderator tools. The action is recorded in the xf_moderator_log table with action='delete_soft' and a Unix-epoch log_date. A reciprocal

action='undelete' row is written if the post is later restored. While soft-deleted, the post is hidden from non-moderator users.

b. *DMCA censorship.* An administrator associates a post with a DMCA claim through our custom Censorship addon. The addon's ContentCensor::addContent() method creates a row in xf_hb_dmca_content and calls the post's dmcaCensor() method, which sets the post's dmca_claim_id column. While dmca_claim_id is non-NULL, the post is suppressed from public display. The first such addition for a given claim transitions the claim's status from "pending" to "active" and stamps the claim's takedown_date with the then-current Unix epoch. Subsequent content additions to an already-active claim are not independently timestamped in the database.

4. Timestamps in this declaration are presented in GMT-4 (United States Eastern Daylight Time, in force on all dates listed). Underlying values were retrieved as Unix epochs from xf_hb_dmca_claim.takedown_date and xf_moderator_log.log_date and converted by subtraction of 14,400 seconds.

5. **Per-post findings.** My findings for each affected post, organized by DMCA claim, are as follows:

**DMCA Claim 2 (takedown_date = 1774188715 = 2026-03-22 06:11:55 GMT-4):**
a. Post 23950891 was first removed from public view on 2026-03-21 at 09:46:03 GMT-4 by a moderator soft-deletion (xf_moderator_log row id 712082, user_id=1). The post was restored from soft-deletion on 2026-03-22 at 06:12:32 GMT-4. DMCA censorship under Claim 2, however, was applied to this post on 2026-03-22 at 06:11:55 GMT-4 (approximately 37 seconds before the soft-delete restoration), so the post was continuously hidden from public view from 2026-03-21 09:46:03 GMT-4 forward, first

by soft-deletion and then by DMCA censorship. Prior to removal, Post 23950891 included the following image:



b. Post 23960137 was first removed from public view on 2026-03-21 at 09:46:03 GMT-4 by a moderator soft-deletion (xf_moderator_log row id 712083, user_id=1). The post was restored from soft-deletion on 2026-03-22 at 06:12:39 GMT-4. DMCA censorship under Claim 2, however, was applied to this post on 2026-03-22 at 06:11:55 GMT-4 (approximately 44 seconds before the soft-delete restoration), so the post was continuously hidden from public view from 2026-03-21 09:46:03 GMT-4 forward, first by soft-deletion and then by DMCA censorship. Prior to removal, Post 23960137 included the following image:



**DMCA Claim 3 (takedown_date = 1774560477 = 2026-03-26 13:27:57 GMT-4):**

a.  Post 24020214 was first removed from public view on 2026-03-26 at 13:27:57 GMT-4 by DMCA censorship under Claim 3. No prior xf_moderator_log soft-deletion exists for this post. Because Post 24020214 is the only content associated with Claim 3 (xf_hb_dmca_content row id 4), the claim's takedown_date precisely records the moment its DMCA censorship was applied. Prior to removal, post 24020214 contained the following image:



**DMCA Claim 5 (takedown_date = 1775047675 = 2026-04-01 04:47:55 GMT-4):**

a. Post 24097157 was first removed from public view on 2026-04-01 at 04:47:55 GMT-4 by DMCA censorship under Claim 5. No prior xf_moderator_log soft-deletion exists for this post. This post is the earliest-indexed content associated with Claim 5 (xf_hb_dmca_content row id 6), so its DMCA censorship is precisely co-incident with the claim's takedown_date. Prior to removal, post 24097157 contained the following image:



b.  Post 24102175 was removed from public view by DMCA censorship under Claim 5 (xf_hb_dmca_content row id 8). No xf_moderator_log entry exists for this post. The exact time of the DMCA censorship application is not recorded in the database. The earliest possible moment of removal is 2026-04-01 at 04:47:55 GMT-4 (the claim's takedown_date, when the first content was added to Claim 5). Because the dmca_content_id for this post (8) is immediately consecutive with those for Posts 24097157 (6) and 24078760 (7), all three contents were almost certainly added to Claim 5 in the same administrative session, that is, within seconds of 2026-04-01 04:47:55 GMT-4. I am, however, unable to confirm an exact second from the database records alone. Prior to removal, post 24102175 contained the following image:

Mar 30, 2026                                                                        ✐  ⌥  ☆  🔖  #28

🖉 **This content has been removed in response to a DMCA takedown notice filed under 17 U.S.C. § 512.**
<u>View DMCA claim details</u>

**Taquito**
Joined:    Apr 14, 2025

> Quijibo69 said: ⊕
>
> She

Rapes

Attachments



Screenshot_20260330.PPE

**DMCA Claim 7 (takedown_date = 1776093002 = 2026-04-13 07:10:02 GMT-4):**

    a.  Post 24071702 was first removed from public view on 2026-04-13 at 07:10:02 GMT-4 by DMCA censorship under Claim 7. No prior xf_moderator_log soft-deletion exists for this post. Because Post 24071702 is the only content associated with Claim 7 (xf_hb_dmca_content row id 9), the claim's takedown_date precisely records the moment its DMCA censorship was applied. Prior to removal, post 24071702 contained the following image:



5.  **Limitations.** The HappyBoard Censorship addon's dmcaCensor() method does not write entries to xf_change_log or xf_moderator_log, and the xf_hb_dmca_content table contains no per-row creation timestamp. Consequently, for any post added as the second or later content of a DMCA claim, the exact moment at which DMCA censorship was applied to that specific post is not preserved in the database. Only the claim-level takedown_date, corresponding to the first content addition, is recorded. Where this declaration relies on that limitation, the qualification is stated explicitly above.

6. All facts stated in this declaration are within my personal knowledge and are derived from queries I personally executed against the production MariaDB database on the Site's server on June 8, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __8th__ day of __June_____, 2026.


_Joshua Moon_____
Joshua Moon
Sole Member, Lolcow LLC

**EXHIBIT**

**1**

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK  10019**

———

**(212) 400-4930**

March 25, 2026

**VIA EMAIL**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX  77399
Email: matt@matthewhardin.com

## RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)

Matthew,

I am counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006. A copy of the original is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

An unauthorized copy of this work has been published on the Kiwi Farms website at the following URL[s] posted by user GettrGriftr:

https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-980#post-24020214

I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,
/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

**K AMERMAN , U NCYK , S ONIKER & K LEIN P.C.**
**C OUNSELORS AT L AW**
**1700 B ROADWAY , 16 TH F LOOR**
**N EW Y ORK , N EW Y ORK   10019**
———

**( 2 1 2 )  4 0 0 - 4 9 3 0**



April 10, 2026

**VIA EMAIL**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX  77399
Email: matt@matthewhardin.com

### RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)

Matthew,

I am counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006. A copy of the original is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

An unauthorized copy of this work has been published on the Kiwi Farms website at the following URL[s]:

https://kiwifarms.net/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24071702

I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,
/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

EXHIBIT

3

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK 10019**

——

**(212) 400-4930**

March 31, 2026

**VIA EMAIL**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX 77399
Email: matt@matthewhardin.com

### RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)

Matthew,

I am counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006. A copy of the original is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

Unauthorized copies of this work have been published on the Kiwi Farms website at the following URL[s]:

1. https://kiwifarms.st/threads/lolcow-llc-v-liz-fong-jones-1-26-cv-02059-s-d-n-y.241679/page-4#post-24097157

2. https://kiwifarms.st/threads/liz-fong-jones-fang-li-zhen-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-985#post-24078760

3. https://kiwifarms.st/threads/write-a-response-to-liz-elliot-fong-jones-dmca-subpoena-one-word-at-a-time.242465/page-2#post-24102175

I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright. Please remove these unauthorized and infringing copies of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you

have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085, or by post at the address in the letterhead.

Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,

/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com



K A M E R M A N ,  U N C Y K ,  S O N I K E R  &  K L E I N  P . C .

C O U N S E L O R S  A T  L A W

1 7 0 0  B R O A D W A Y ,  1 6 T H  F L O O R

N E W  Y O R K ,  N E W  Y O R K   1 0 0 1 9

———

( 2 1 2 )  4 0 0 - 4 9 3 0

March 20, 2026

**VIA EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX  77399
Email: matt@matthewhardin.com

**RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)**

Matthew,

      As counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006, we are providing you, the DMCA service agent for Lolcow, LLC, the following DMCA removal request pursuant to 17 U.S.C. § 512(c)(3). A copy of the original visual work is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

      An unauthorized copy of this work has been published on the Kiwi Farms website at the following URLs by the following users on the following dates:

| | | |
|---|---|---|
| 3/13/2026 | Sexy Senior Citizen | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-23950891 |
| 3/14/2026 | Diggus Bickus | https://kiwifarms.st/threads/lolcow-llc-v-liz-fong-jones-2026.241189/post-23960137 |
| 3/20/2026 | Teriyakiburns | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24011066 |
| 3/20/2026 | Dread First | https://kiwifarms.net/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24007809 |

March 20, 2026
Page 2

       I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright, and is not protected by fair use. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

       Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

              Sincerely,
              /s/ Lane Haygood
              Lane A. Haygood
              Kamerman, Uncyk, Soniker & Klein, PC
              1700 Broadway, 16th Floor
              New York, NY 10019
              lhaygood@kusklaw.com