

**From:** **Kathryn Tewson** ktewson@kusklaw.com 📎
**Subject:** Service of Subpoena in 1:26-cv-02059 (Lolcow, LLC v. Fong-Jones)
**Date:** March 24, 2026 at 3:46 PM
**To:** matt@matthewhardin.com, hardinlawpllc@icloud.com, MatthewDHardin@protonmail.com
**Cc:** Lane Haygood lhaygood@kusklaw.com, Thom Prince tprince@kusklaw.com

Matthew,

Attached please find our subpoena to Lolcow, LLC pursuant to 17 U.S.C. § 512(h), granted today in the above-captioned case as ECF 13.

Thanks,

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**
206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*



**512(h) Subpoena ECF 13 26-cv-02059 (EDNY).pdf**
1.8 MB