**From:** **Thom Prince** tprince@kusklaw.com  📎
**Subject:** Service of Subpoena in 1:26-cv-02059 (Lolcow, LLC v. Fong-Jones)
**Date:** March 30, 2026 at 12:12 PM
**To:** matt@matthewhardin.com, hardinlawpllc@icloud.com, matthewdhardin@protonmail.com
**Cc:** Lane Haygood lhaygood@kusklaw.com, Kathryn Tewson ktewson@kusklaw.com



Matthew,

Attached please find our subpoena to Lolcow, LLC pursuant to 17 U.S.C. § 512(h), granted 03/27/2026 in the above-captioned case as ECF 15.


Sincerely with regards,

**Thom Prince**

Attorney

Kamerman, Uncyk, Soniker & Klein P.C.

1700 Broadway, 16th Floor

New York, NY 10019

tprince@kusklaw.com

Phone: (212) 400-4930

Direct: (704) 954-8038

www.kusklaw.com

CONFIDENTIALITY NOTICE: This message, including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential, privileged and/or proprietary information. Any review, use, disclosure or distribution of such confidential information without the written authorization of the sender is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete all copies of this message.

512(h) Subpoena ECF 15 26-cv-02059 (EDNY).pdf