


**From:** Lane Haygood lhaygood@kusklaw.com
**Subject:** Re: Activity in Case 1:26-cv-02059-KPF Lolcow LLC v. Fong-Jones Subpoena Issued
**Date:** April 21, 2026 at 9:12 PM
**To:** Matthew Hardin hardinlawpllc@icloud.com, Kathryn Tewson ktewson@kusklaw.com
**Cc:** Thom Prince tprince@kusklaw.com

It was sent via the district court's CM/ECF software.

Get [Outlook for iOS](#)

**From:** Matthew Hardin <hardinlawpllc@icloud.com>
**Sent:** Monday, April 20, 2026 4:47:05 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Lane Haygood <lhaygood@kusklaw.com>; Thom Prince <tprince@kusklaw.com>
**Subject:** Re: Activity in Case 1:26-cv-02059-KPF Lolcow LLC v. Fong-Jones Subpoena Issued

Good evening,

Please clarify via what mechanism the April 3, 2026 subpoena was served. Without waiving the legal sufficiency of any particular method of service (and indeed, we continue to contest that issue), as I noted in my April 13, 2026 correspondence I have no record of having received the April 3 subpoena from you.

This is indeed unusual. You emailed the first subpoena on March 24, and Thom Prince emailed the second one on March 30, but I have no record at all that anybody at KUSK emailed the third subpoena. If you did, please tell me who that would have been one on what date. I will undertake an appropriate investigation as to what might have happened.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Apr 17, 2026, at 9:34 PM, Kathryn Tewson <ktewson@kusklaw.com> wrote:

Matthew,

Lane asked me to let you know that per 17 U.S.C. § 512(h)(4-5), the subpoena you reference has been delivered to you, the DMCA agent for Lolcow LLC, and further that we are in receipt of the document you attach. You will have our responses within 14 days.

Thanks,

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**
206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*

**From:** Matthew Hardin <hardinlawpllc@icloud.com>
**Sent:** Friday, April 17, 2026 7:21 AM
**To:** Lane Haygood <lhaygood@kusklaw.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Thom Prince <tprince@kusklaw.com>
**Subject:** Re: Activity in Case 1:26-cv-02059-KPF Lolcow LLC v. Fong-Jones Subpoena Issued

Good morning,

I note that I have not received a response to my below inquiry relating to any possible efforts on your part to serve the April 3, 2026

subpoena. In an abundance of caution and without conceding that service has been accomplished whether electronically or otherwise, I am attaching written objections.

You will note that I have included an offer of resolution pursuant to Fed. R. Evidence. 408, and therefore I expect you will want to carefully review section IV of my letter as well as the attached Exhibit B.

Best,
**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Apr 13, 2026, at 8:41 PM, Matthew Hardin <HardinLawPLLC@icloud.com> wrote:

Good evening,

My records do not reflect that you have taken efforts to serve this (below) subpoena in the same manner you served the others. Even if I assume that the ECF system notification below constitutes service (which, to be clear, I do not), objections to the below subpoena would be due on or before Friday, April 17.

Please confirm whether your view is that the below subpoena from April 3, 2026 has been served, and if so by what method and on what date. I am in receipt of your request to confer as to the first subpoena (issued March 24, objections served April 7). I suspect you are also now ready to confer on the second subpoena (issued March 30, objections served earlier today). Ideally, I'd like to confer about all extant subpoenas at once rather than piecemeal, because I assume certain issues (or perhaps most or even all issues) overlap. My suggestion would be that we set a date 15 or more days after the final subpoena has been served so that all subpoenas are ripe for discussion and our conferral is most fruitful.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Apr 3, 2026, at 9:06 AM, NYSD_ECF_Pool@nysd.uscourts.gov wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
**U.S. District Court**
**Southern District of New York**
**Notice of Electronic Filing**

The following transaction was entered on 4/3/2026 at 9:06 AM EDT and filed on 4/2/2026

| | |
|---|---|
| **Case Name:** | Lolcow LLC v. Fong-Jones |
| **Case Number:** | 1:26-cv-02059-KPF |
| **Filer:** | |
| **Document Number:** | 17 |

**Docket Text:**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION ISSUED.(rro)**

**1:26-cv-02059-KPF Notice has been electronically mailed to:**

Matthew Hardin

matthewdhardin@gmail.com, kiwifarms@recap.email, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com

Lane Andrew Haygood     lhaygood@kusklaw.com

**1:26-cv-02059-KPF Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/3/2026] [FileNumber=34569650-0
] [b18d4de233b7d29f710e20fe2b9d29b7ac2d6a1c581c62ef6452668cb2058528272
00426be4c8c7f8dd22a5efdab3eba0b3034dcba72e9a779a6f3956c7fb45f]]