**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

LOLCOW LLC,                                          :

                                                    :   Civil Action No. 1:26-cv-02059-KPF

                              Plaintiff,             :

                                                    :

              -against-                              :

                                                    :   **SUBPOENA SUBJECTS' NOTICE**
ZHEN ELIZABETH FONG-JONES,                           :       **OF MOTION TO QUASH**

                                                    :

                              Defendant.             :

                                                    :

------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the pleadings and papers in this matter, and the accompanying Memorandum of Law, Subpoena Subjects Does 1-7 ("Does 1-7") respectfully move this Court to quash Defendant's subpoenas.

Does 1-7 will move this Court for such an order before Honorable Katherine Polk Faila, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at 9:00 A.M. on Wednesday, July 8, 2026, or as soon thereafter as counsel may be heard, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1, and the applicable individual rules of practice.

1

RANDAZZA | LEGAL GROUP

Dated: June 8, 2026.                        Respectfully Submitted,

/s/ Jay M. Wolman

Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

/s/ Marc J. Randazza

Marc Randazza, (Pro Hac Vice forthcoming)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel:     702-420-2001
Email:   ecf@randazza.com

Attorneys for Does 1-7

2

RANDAZZA | LEGAL GROUP

Civil Action No. 1:26-cv-02059-KPF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)

3

**RANDAZZA** | LEGAL GROUP