# Exhibit 1

# June 8, 2026

# Declaration of

# Robert K. Fensom

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

LOLCOW LLC,                                          :

                       Plaintiff,       :

             -against-              :

ZHEN ELIZABETH FONG-JONES,          :

                Defendant.       :

---------------------------------------------------------------x

: Civil Action No. 1:26-cv-02059-KPF

**DECLARATION OF ROBERT K. FENSOM IN SUPPORT OF SUBPOENA SUBJECTS' MOTION TO QUASH**

I, Robert K. Fensom, declare:

1.     I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.     I am a legal intern at Randazza Legal Group, PLLC ("RLG"). I submit this declaration in support of Subpoena Subjects' Motion to Quash.

3.     On June 5, 2026, at approximately 1:10 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL's:

    a.   https://kiwifarms.st/dmca/2/. While on that page, I reviewed Defendant's March 20, 2026, Removal Request, a true and correct copy of which is attached as **Exhibit 15**; and

    b.   https://kiwifarms.st/dmca/3/. While there, I reviewed Defendant's March 25, 2026, Removal Request, a true and correct copy of which is attached as **Exhibit 16**.

4.     On June 5, 2026, at approximately 3:38 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:  https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-

RANDAZZA | LEGAL GROUP

field-cto.128419/post-23950891. Once there, I located the post made by user "Sexy Senior Citizen" on March 13, 2026, and confirmed that the content was no longer accessible. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 12**.

5.    On June 5, 2026, at approximately 3:42 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:    https://kiwifarms.st/threads/tolcow-llc-v-liz-fong-jones-2026.241189/post-23960137. Once there, I located the post made by user "Diggus Bickus" on March 14, 2026, and confirmed that the content was no longer accessible. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 14**.

6.    On June 5, 2026, at approximately 3:44 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:    https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-980#post-24020214. Once there, I located the post made by user "GettrGriftr" on March 21, 2026, and confirmed that the content was no longer accessible. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 13**.

7.    On June 8, 2026, at approximately 2:53 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:    https://kiwifarms.st/threads/liz-fong-jones-fang-li-zhen-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-979#post-24011066. Once there, I located the post made

2

RANDAZZA | LEGAL GROUP

by user "Teriyakiburns" on March 20, 2026. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 6**.

8.      On June 8, 2026, at approximately 2:55 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:      https://kiwifarms.st/threads/liz-fong-jones-fang-li-zhen-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-979#post-24007809. Once there, I located the post made by user "Dread First" on March 19, 2026. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 7**.

9.      On June 8, 2026, at approximately 2:59 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:      https://kiwifarms.st/threads/liz-fong-jones-fang-li-zhen-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-970#post-23783876. Once there, I located the post made by user "The Mass Shooter Ron Soye" on February 22, 2026. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 8**.

10.      On June 8, 2026, at approximately 3:04 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL:

https://kusklaw.sharefile.com/share/view/s8f7ac74cb9344bad9a991059b4c38ab8/foc2cb77-87cb-414a-895f-6afb36adb1f0. Once there, I located the allegedly copyrighted photo. I then used

3

RANDAZZA | LEGAL GROUP

the ShareFile page's "download" function and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 9**.

11.    On June 8, 2026, at approximately 3:06 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL: https://kiwifarms.st/help/privacy-policy/. Once there, I located the Kiwi Farms Privacy Policy. I then used Awesome Screenshot to save a printout of the entire webpage and saved the document. A true and correct copy of this document is attached hereto as **Exhibit 10**.

12.    On June 8, 2026, at approximately 4:25 PM Eastern time, while working in Washington, DC, and using the Google Chrome browser on my Mac, I visited the following URL: https://ghostarchive.org/archive/9lCuW. While there, I reviewed Defendant's November 21, 2019 Twitter Thread. A true and correct copy of this document is attached hereto as **Exhibit 11**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2026.

Robert K. Fensom

4