# Exhibit 2
# Post by Doe #1
# ("3MMA")



**3MMA**
It's the Year of the Horse, the Fire Horse, bish.

True & Honest Fan

kiwifarms.net

Joined:    Oct 22, 2020

Feb 22, 2026    ⋘  #19,394

> **Dr. Butt said:** ⊕
>
> I'm not judging, just seeking confirmation. I'm cool with whatever, especially since the aforementioned straight faces seem well aware that they deserve the skeets that land upon them forevermore as penance for failing to provide literally any other possible name out of every single possible word in the English possible language.

They do indeed deserve it, skeet skeet muthafucka, forever will their posts reference a slangterm for ejaculation. More proof that the Donger powertrips online because the man can't skeet no mo. Anyway, DongLongGone skeets all this bullshit and it's so transparent. He makes it so easy to take his bullskeets apart that it's just as easy to keep on the back burner, or not even on the stove. A child could tear down Donger's shieet skeet logic. Counted about three straight out lies in that series of posts @The Mass Shooter Ron Soye just posted above. Half tempted to write a little something up on those lies, pointing out his skeetin' propaganda & absolutely laughable double standards, despite it being like preaching to the choir ITT. His latest lies are just that easy to refute.

> **Harvey Danger said:** ⊕
>
> This is why it's so frustrating that sperg did the *one thing* an archive site can't be forgiven for doing.

I've somehow missed the alleged issue referenced in DongGone's recent lies, on allegations of the archive.today guy doing some shady shit. Can anyone point me to a knowledgeable, reputable, source to read more, something recommended. If not, no worries, I'll search for a few sources later, but despite what might be happening with archive today, it's a complete lie to claim archive.org is so steadfast. I remember their "rules for thee, not for me," & pay to play bullshit, and many others do, too. I wouldn't be surprised if that entire shieet skeet chain that the Donger wrote, slandering archive today, was exaggerated and in part manufactured by him. He loves his (prog) socks and girl talk & imagined unlimited powaaaah. As if the Donger is some authority. Lmfao, he sure is *the* wannabe authority on all things online. Tough shit, lying sack of literal emptiness, Lying Fong Donger.

Neva 4get this transformational artistic rendering of this 2026 update, now the new, official, <u>consent accident</u> portraiture:



✏6  ⟡2  😀1  🏆1  👍1  🕒1