# Exhibit 3
# Post by Doe #7
# ("GettrGrifter")

Mar 21, 2026     #19,599

🔑 **This content has been removed in response to a DMCA takedown notice filed under 17 U.S.C. § 512.**
View DMCA claim details

Erriot, you brickface tranny freak, since you monitor your thread relentlessly, here.



You're a loathesome degenerate, and humanity will be objectively better off once you're gone. Oh, and please remember (I know, you can never truly forget), YWNBAW!

Eat shit.

👍 10   ✅ 2   🏅 1

Uncensor      👍 Like

---

**GettrGriftr**
Bottom text
True & Honest Fan
Joined:    Jan 29, 2022