# Exhibit 4
# Post by Doe #2 ("Sexy Senior Citizen")



Mar 13, 2026                                                                                    New  ⬚  □  #19,451

🔏 **This content has been removed in response to a DMCA takedown notice filed under 17 U.S.C. § 512.**
View DMCA claim details

The Pulverizer said: ⊕

This is his profile picture on GitHub as well. Imagine seeing this picture out of nowhere in an issue or a pull request...

View attachment 8695538

It looks like he used some kind of a filter or touched it up in Photoshop or with AI.

Guess what, Elliot? I can do that too:

**Spoiler: Nightmare fuel**

"Have a happy consent accident!"