# Exhibit 5
# Post by Doe #3
# ("Diggus Bickus")

