# Exhibit 6

# Post by Teriyakiburns

6/8/26, 2:53 PM     Liz Fong-Jones / 方禮真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field CTO | Page 979 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF    Document 33-5    Filed 06/08/26    Page 2 of 10







Case 1:26-cv-02059-KPF    Document 33-5    Filed 06/08/26    Page 5 of 10



This one isn't necessarily important, but I still found it hilarious. It's some cross-promotional crap Elliot's doing with some Sydney-based realtor, there was a video I skipped over because I couldn't be fucked to archive it, and there's this still photo, and a portion of the caption that made me laugh so hard I started snorting. The exact quote is "Great catching up with Liz Fong-Jones today. Liz was scaring me," if you're curious. Can someone random_text.txt that? Also Elliot, I don't see a watermark on this equally unflattering photo where all your features are seemingly blurred except for your massive cheekbones and colossal jaw. By your logic, this photo on its own is fair game.

LinkedIn post



Case 1:26-cv-02059-KPF   Document 33-5   Filed 06/08/26   Page 7 of 10



Case 1:26-cv-02059-KPF    Document 33-5    Filed 06/08/26    Page 8 of 10



6/8/26, 2:53 PM  Laz Fong-Jones / 方德貴 : Elliot William Fong / @liz thegrey / Honeycomb.io Fixer v2.0 | Page 979 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF  Document 33-5  Filed 06/08/26  Page 9 of 10



**Harvey Danger**
getting tired of this
whole internet thing
True & Honest Fan
kiwifarms.net
Joined: May 16, 2019

9.    Fong-Jones maintains, or at a minimum recently maintained, a home in New York City, as evidenced by one of the images in dispute in this case, *infra*. at ¶ 17, in which Fong-Jones expressly stated that a previous photoshoot had been arranged "in my Brooklyn home." Fong-Jones also conducts substantial business in this judicial district. Specifically,

I'll add a note to my section that he repeated the claim on LinkedIn.

ⓘ 5

---

Mar 20, 2026                                              #19,577

**Sexy Senior Citizen**
Resident Silver Fox
True & Honest Fan
kiwifarms.net
Joined: Dec 24, 2018

> Dread First said: ⓧ
> "when Bloomberg News commissioned her to do a photo shoot in my Brooklyn home."

This, of course, begs an interesting question: is he a rentcuck, or does he actually own a home?

---

Mar 20, 2026                                              #19,578

**Nanashi no kiwi**
random tiny pussy spasms
True & Honest Fan
kiwifarms.net
Joined: May 2, 2022

> Glaust said: ⓧ
> I'm wondering, if Null wins the lawsuit, will that woman come forward? That woman is probably waiting until Elliot gets his ass kicked.

I just want to note for the record that it was never confirmed if the consent accident victim was a woman or a "woman". Given that all of his confirmed sex partners in this thread are biological males, my money's on the latter.

✓14  😂3  👍2  ⓘ1

---

Mar 20, 2026                                              #19,579

**Stupid Sexy Flanders**
Feels like I'm wearing...
nothing at all...
True & Honest Fan
kiwifarms.net
Joined: Aug 9, 2019

I take a break for a bit and this nitwit continues to be the best fundraiser that Kirriflalms could ever wish for.

Will he continue his plan to fund a bunch of lawsuits for copyright or will he leave the takers high and dry? Lord knows he's done that before... whatever happened to his toothless henchman?

❤6

---

Mar 21, 2026                                              #19,580

**Sexy Senior Citizen**
Resident Silver Fox
True & Honest Fan
kiwifarms.net
Joined: Dec 24, 2018

YOUR ATTENTION PLEASE

Elliot has subpoenaed my user information, up to and including:

- My registration email
- My IP address
- My fucking bank information
- Anything else Null can provide about me

He is watching this thread like a hawk, looking for anything he can use against you. Stay safe out there.

❤44  ⓘ7  ✏3  😂1  👍1  🌙1

---

‹ Prev  1  ...  977  978  **979**  980  981  ...  985  Next ›

🔒 Not open for further replies.

⌂ Forums  Criticism  **Stinkditch**

Style chooser  ©  Change width                    Contact us  Terms and Conditions  Privacy Policy  Help  Removing content



**695 / 800**

Community platform by XenForo® © 2010-2025 XenForo Ltd. | © 2013-2025 Lolcow LLC.
You must be 18 or over to visit this website.
Live free or die.
✞ Romans 12:21
μὴ νικῶ ὑπὸ τοῦ κακοῦ ἀλλὰ νίκα ἐν τῷ ἀγαθῷ τὸ κακόν