# Exhibit 7
# Post By Dread First

6/8/26, 2:56 PM  Liz Fong-Jones / 方禮真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field CTO ... Page 9 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF   Document 33-6   Filed 06/08/26   Page 2 of 10



Case 1:26-cv-02059-KPF    Document 33-6    Filed 06/08/26    Page 3 of 10



6/8/26, 2:56 PM     Case 1:26-cv-02059-KPF    Document 33-6    Filed 06/08/26    Page 4 of 10

Liz Fong-Jones · 方禮真 | Elliot William Long · @lizthegrey / Honeycomb.io Pluto / ZKO | Page 9 | Kiwi - Awesome Screenshot





This one isn't necessarily important, but I still found it hilarious. It's some cross-promotional crap Elliot's doing with some Sydney-based realtor, there was a video I skipped over because I couldn't be fucked to archive it, and there's this still photo, and a portion of the caption that made me laugh so hard I started snorting. The exact quote is "Great catching up with Liz Fong-Jones today. Liz was scaring me," if you're curious. Can someone random_text.txt that? Also Elliot, I don't see a watermark on this equally unflattering photo where all your features are seemingly blurred except for your massive cheekbones and colossal jaw. By your logic, this photo on its own is fair game.

LinkedIn post

Case 1:26-cv-02059-KPF    Document 33-6    Filed 06/08/26    Page 6 of 10



**Mar 19, 2026**    #19,564

**Obnoxious Asshole**
I am not pleased
kiwifarms.net
Joined: Feb 14, 2024

> Dread First said: ⊕
>
> 🚫

That face belongs in Minecraft.

👍 10   ✅ 3   👍 2   ✏️ 1   😀 1

---

**Mar 19, 2026**    #19,565

**Billy Bob Dick**
I've had kidney stones that were less painful
**True & Honest Fan**
kiwifarms.net
Joined: Jan 29, 2022

> Obnoxious Asshole said: ⊕
>
> That face belongs in Minecraft.

That face belongs at the bottom of a dry well

✅ 9   👍 2

---

**Mar 19, 2026**    #19,566

**Dread First**
Grand Mufti of Autism & Shitposter Emeritus
**True & Honest Fan**
kiwifarms.net
Joined: May 12, 2017

> Billy Bob Dick said: ⊕
>
> That face belongs at the bottom of a dry well

Fun fact: dried wells in Buddhism, specifically Mahayana Buddhism, are synonymous with:

- Seeking out that which you crave, which only results in dissatisfaction when you finally satisfy the craving.
- The fundamental emptiness of existence
- A drought of spiritual practice, often caused by ignorance or the wrong path taken

Therefore, it's only fitting that Elliot himself be cast into the bottom of a dried well. He'd fit right in!

ℹ️ 9   👍 6   😆 2

---

**Mar 19, 2026**    #19,567

**Dago**
kiwifarms.net
Joined: Jul 4, 2022

Boil in shit tranny you will never be a Woman
you are a faggot retarded gook
Live free or die

❤️ 7   👍 2   ✅ 1   👍 1

---

**Mar 19, 2026**    #19,568

**Sexy Senior Citizen**
Resident Silver Fox
**True & Honest Fan**
kiwifarms.net
Joined: Dec 24, 2018

> Dread First said: ⊕
>
> Correct me if I'm mistaken, but I do believe that the acquisition of Commonwealth citizenship necessarily means you must renounce American citizenship.

Dual citizenship is a thing in America, and I don't see why he couldn't be a citizen of both Australia and America.

> Dread First said: ⊕
>
> Elliot here is namedropping *Akiva Cohen*, a lawyer with a thread here on Kiwi Farms dating back to his involvement with #KickVic. Do note that Akiva himself is based out of Oceanside, New York (Nassau County, Long Island) and has filed cases in New York.

Also interesting to note, the legal firm he's retained to fight Kiwi Farms (KUSK Law) is based out of New York City. KUSK is the that they're all based in and around New York City, meaning if Elliot is based in New York City, he's selecting legal allies he can personally waddle down the street to.

Hmm, the thick is plottening!

ℹ️ 5   ❤️ 2   👍 1   🏆 1   ✅ 1

---

**Mar 20, 2026**    #19,569

6/8/26, 2:56 PM
Case 1:26-cv-02059-KPF · Document 33-6 · Filed 06/08/26 · Page 7 of 10
Liz Pong Jones / 方慈真 · Elliot William Tong / @lizthegrey / Honeycomb.io / HSD... Page 9 of Kiwi - Awesome Screenshot



6/8/26, 2:56 PM Liz Fong-Jones / 方芳婷 : Elliot William Fong / @lizthegrey / Honeycomb.io / Elliot / LFJ Page 9 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF    Document 33-6    Filed 06/08/26    Page 8 of 10



**AnOminous**
Any road will take you there.
Retired Staff
True & Honest Fan
kiwifarms.net
Joined: Dec 28, 2014

> **teriyakiburns said:**
>
> I have a suspicion that Elliot has burned through much of his wealth and goodwill in his pursuit of absolute reputation control. His visible social circle has shrunk and he receives more pushback every time he strays outside strict technical discussions. He's spiralling into AI-broism and using LLMs as a replacement for the people he perhaps no longer can lean on to provide the grunt-work he's incapable of doing himself. Maybe I'm huffing hopium, but I feel there may be an end in sight to all of this.

I don't know about his finances but he's obviously reputationally in the pits. He went from near universal support to even troons on Bluesky telling him to go fuck himself whenever he gets uppity.

That's the thing about being a bully. It may work out for you for a while, so long as people are afraid of you, but when they aren't any more, the knives come out.

> **Sexy Senior Citizen said:**
>
> Dual citizenship is a thing in America, and I don't see why he couldn't be a citizen of both Australia and America.

Dual citizenship is not formally recognized, but at the same time, you don't automatically lose your citizenship by also being a citizen of another country. You generally have to do something that unambiguously renounces your citizenship.

Last edited: Mar 20, 2026

👍 10 ✅ 6

---

Mar 20, 2026 #19,573

**Harvey Danger**
getting tired of this whole internet thing
True & Honest Fan
kiwifarms.net
Joined: May 16, 2019

> **Dread First said:**
>
> Of further note, this post was authored approximately three weeks ago (I fucking hate LinkedIn's lack of exact timestamps) and *does* confirm that Elliot, in fact, had (or still has) a home in Brooklyn. Perhaps it's fundamentally unwise to still disclose you had a Brooklyn residence when you're actively facing litigation in a New York civil court.

Is there something in the post that proves he was in Brooklyn, at "home"? Or did he mention it somewhere in the video (I haven't watched yet).

I'm writing up the lawsuit thread OP and one of my placeholders is talking jurisdiction. The claim in the suit is clear enough but I'd like to collect any other evidence for it as well.

---

Mar 20, 2026 #19,574

**Dread First**
Grand Mufti of Autism & Shitposter Emeritus
True & Honest Fan
kiwifarms.net
Joined: May 12, 2017

> **Harvey Danger said:**
>
> Is there something in the post that proves he was in Brooklyn, at "home"? Or did he mention it somewhere in the video (I haven't watched yet).
>
> I'm writing up the lawsuit thread OP and one of my placeholders is talking jurisdiction. The claim in the suit is clear enough but I'd like to collect any other evidence for it as well.

Very easy to miss because of the long screenshot, but it's in the very top, like second line break/first paragraph.

> **Liz Fong-Jones** 🔗 · 3rd+
> Technical Fellow @ honeycomb.io
> Visit my website
> 3w · 🌐
>
> A New Year (both Chinese and Western), a new profile photo!
>
> This one's also by the legendary Zackary Drucker. I'm older (and I'd like to think wiser!) than the previous headshot from 2019 when Bloomberg News commissioned her to do a photo shoot in my Brooklyn home. This time we met up in LA Griffith Park.
>
> \+ Follow  ···

"when Bloomberg News commissioned her to do a photo shoot in my Brooklyn home."

😂 Sexy Senior Citizen  ✏️ All the beef fit to eat

---

Mar 20, 2026 #19,575

**AnOminous**
Any road will take you there.
Retired Staff
True & Honest Fan
kiwifarms.net
Joined: Dec 28, 2014

> **Dread First said:**
>
> It's a photo that screams "I'm a skinwalker who puts on the facsimile of a woman in public."

Such an ugly ass dude.

✅ 14

---

Mar 20, 2026 #19,576

**Harvey Danger**

> **Dread First said:**
>
> "when Bloomberg News commissioned her to do a photo shoot in my Brooklyn home."

Oh right, I didn't see it there. That's actually the exact wording copied from the screencapped post LFJ had DMCA claimed, which was broken up into multiple skeets on Bluesky. Hardin already cited the "Brooklyn home" line in the main Complaint.

6/8/26, 2:56 PM     Laz Fong-Jones / 方慧真 / Elliot William Fong / @lizabegro / Honeycomb.io / Floki / ??? | Page 979 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF    Document 33-6    Filed 06/08/26    Page 9 of 10



6/8/26, 2:56 PM

Case 1:26-cv-02059-KPF   Document 33-6   Filed 06/08/26   Page 10 of 10

Liz Fong-Jones / 方禮真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field/216 | Page 9 | Kiwi ... Awesome Screenshot



695 / 800

Community platform by XenForo® © 2010-2025 XenForo Ltd. | © 2013-2025 Lolcow LLC.
You must be 18 or over to visit this website.
Live free or die.
✞ Romans 12:21
μὴ νικῶ ὑπὸ τοῦ κακοῦ ἀλλὰ νίκα ἐν τῷ ἀγαθῷ τὸ κακόν