# Exhibit 8

# Post by The Mass Shooter Ron Soye

Case 1:26-cv-02059-KPF    Document 33-7    Filed 06/08/26    Page 2 of 8





Case 1:26-cv-02059-KPF    Document 33-7    Filed 06/08/26    Page 4 of 8



**Stupid Sexy Flanders**
Feels like I'm wearing... nothing at all...
True & Honest Fan
kiwifarms.net
Joined: Aug 9, 2019

5   ❤ 1

---

**Lieutenant Rasczak**
I'm doing my part
True & Honest Fan
kiwifarms.net
Joined: Dec 22, 2017

Feb 22, 2026    ⎘ #19,385

> The Mass Shooter Ron Soye said: ⊕
>
> Somebody archived my consent accident confession? Don't believe your lying archives!

It's not like this archive website has your skeletons or anything Steve from Minecraft. Definitely no conflicts of interest here.

🤝 Pee Cola and 3MMA    ▼ The Mass Shooter Ron Soye

---

**Dr. Butt**
v& from BP
kiwifarms.net
Joined: Jul 4, 2022

Feb 22, 2026    ⎘ #19,386

> The Mass Shooter Ron Soye said: ⊕
>
> Skeets

So that's it, huh. We never did think of anything better. The world's just comfortably Tuesdays-the-local-hospital-burns-cripples'd into the skeet chair. Everyone's just gonna say "skeet" with a straight face from here on out.
I'm not judging, just seeking confirmation. I'm cool with whatever, especially since the aforementioned straight faces seem well aware that they deserve the skeets that land upon them forevermore as penance for failing to provide literally any other possible name out of every single possible word in the English possible language.

👍 3   ❤ 1   🍺 1   💠 1

---

**DumbDude43**
False & Lying Hater
kiwifarms.net
Joined: Sep 28, 2022

Feb 22, 2026    ⎘ #19,387

So that's skeet, huh. We never did skeet of anything better. The skeet's just comfortably Tuesdays-the-local-hospital-skeets-cripples'd into the skeet chair. Everyone's just gonna skeet "skeet" with a straight skeet from here on out.
I'm not skeeting, just skeeting confirmation. I'm skeet with whatever, especially since the aforementioned straight skeets seem well aware that they deserve the skeets that land upon them forevermore as penance for skeeting to provide literally any other possible skeet out of every single possible skeet in the Skeetish possible language.

🔥 3   👍 2   🍺 2   ↗ 1

---

**The Mass Shooter Ron Soye**
Shit nobody cares about Expert ✅
True & Honest Fan
kiwifarms.net
Joined: Aug 28, 2019

Feb 22, 2026    ⎘ #19,388

> Dr. Butt said: ⊕
>
> So that's it, huh. We never did think of anything better. The world's just comfortably Tuesdays-the-local-hospital-burns-cripples'd into the skeet chair. Everyone's just gonna say "skeet" with a straight face from here on out.
> I'm not judging, just seeking confirmation. I'm cool with whatever, especially since the aforementioned straight faces seem well aware that they deserve the skeets that land upon them forevermore as penance for failing to provide literally any other possible name out of every single possible word in the English possible language.

It's their word: https://bsky.app/search?q=skeet
https://en.wikipedia.org/wiki/Bluesky#Features

**Lil Jon Get low (dirty) version**
Prxblm AKA Problem Kidd
▶ Watch on ▶ YouTube

🍋 Super Guido and 3MMA    💠 lemonsolebrother    🍺 Leylon Sneed

---

**Harvey Danger**
getting tired of this whole internet thing

Feb 22, 2026    ⎘ #19,389

> Lieutenant Rasczak said: ⊕
>
> It's not like this archive website has your skeletons or anything Steve from Minecraft. Definitely no conflicts of interest here.

This is why it's so frustrating that sperg did the *one thing* an archive site can't be forgiven for doing. He didn't even do it cleverly, and now an entire swath of important data has to be questioned, defended, and re-archived elsewhere.

It's hard enough defending the Internet from bad actors like LFJ. I wish the runner of one of its few uncontrolled corners was less retarded.



**Dante Alighieri**
The path to paradise begins in hell.
True & Honest Fan
kiwifarms.net
Joined:  Nov 26, 2018

Feb 22, 2026                                          #19,390

Brickface can take down every archive and every post and threaten everyone he can, but he will never be a woman and he will always be a rapist.

✅ 16   🏅 4

---

**Artificial Stupidity**
True & Honest Fan
kiwifarms.net
Joined:  Aug 6, 2021

Feb 22, 2026                                          #19,391

The Mass Shooter Ron Soye said: ⊕

New Year, New Horror.

Great thanks for the mental scarring, not even a lobotomy would erase that image from my mind.
He really is a ugly fucking troon and square.

The Mass Shooter Ron Soye   3MMA

---

**Stupid Sexy Flanders**
Feels like I'm wearing... nothing at all...
True & Honest Fan
kiwifarms.net
Joined:  Aug 9, 2019

Feb 22, 2026                                          #19,392

She is so sexy, thanks

Not at all Hugos House of Horrors.

Pedophobe and The Mass Shooter Ron Soye

---

**AnOminous**
Any road will take you there.
Retired Staff
True & Honest Fan
kiwifarms.net
Joined:  Dec 28, 2014

Feb 22, 2026                                          #19,393

The Mass Shooter Ron Soye said: ⊕

Happy horse, year of:

It's amazing how ugly this dude is.

✅ 10

---

**3MMA**
It's the Year of the Horse, the Fire Horse, bish.
True & Honest Fan
kiwifarms.net
Joined:  Oct 22, 2020

Feb 22, 2026                                          #19,394

Dr. Butt said: ⊕

I'm not judging, just seeking confirmation. I'm cool with whatever, especially since the aforementioned straight faces seem well aware that they deserve the skeets that land upon them forevermore as penance for failing to provide literally any other possible name out of every single possible word in the English possible language.

They do indeed deserve it, skeet skeet muthafucka, forever will their posts reference a slangterm for ejaculation. More proof that the Donger powertrips online because the man can't skeet no mo. Anyway, DongLongGone skeets all this bullshit and it's so transparent. He makes it so easy to take his bullskeets apart that it's just as easy to keep on the back burner, or not even on the stove. A child could tear down Donger's shieet skeet logic. Counted about three straight out lies in that series of posts @The Mass Shooter Ron Soye just posted above. Half tempted to write a little something up on those lies, pointing out his skeetin' propaganda & absolutely laughable double standards, despite it being like preaching to the choir ITT. His latest lies are just that easy to refute.

Harvey Danger said: ⊕

This is why it's so frustrating that sperg did the *one thing* an archive site can't be forgiven for doing.

I've somehow missed the alleged issue referenced in DongGone's recent lies, on allegations of the archive.today guy doing some shady shit. Can anyone point me to a knowledgeable, reputable, source to read more, something recommended. If not, no worries, I'll search for a few sources later, but despite what might be happening with archive today, it's a complete lie to claim archive.org is so steadfast. I remember their "rules for thee, not for me," & pay to play bullshit, and many others do, too. I wouldn't be surprised if that entire shieet skeet chain that the Donger wrote, slandering archive today, was exaggerated and in part manufactured by him. He loves his (prog) socks and girl talk & imagined unlimited powaaaah. As if the Donger is some authority. Lmfao, he sure is *the* wannabe authority on all things online. Tough shit, lying sack of literal emptiness, Lying Fong Donger.

6/8/26, 2:59 PM    Liz Long Jones - 万恶臭 X Elliot William Dong / @lizthegrey / Honeycomb.io Held Of 200 Page 7/8 Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF    Document 33-7    Filed 06/08/26    Page 7 of 8



Case 1:26-cv-02059-KPF    Document 33-7    Filed 06/08/26    Page 8 of 8

