# Exhibit 9
# Defendant's Allegedly Copyrighted Photo

