# Exhibit 10

# Kiwi Farms Privacy Policy





**695 / 800**

Community platform by XenForo® © 2010-2025 XenForo Ltd. | © 2013-2025 Lolcow LLC.
You must be 18 or over to visit this website.
Live free or die.
✟ Romans 12:21
μὴ νικῶ ὑπὸ τοῦ κακοῦ ἀλλὰ νίκα ἐν τῷ ἀγαθῷ τὸ κακόν