# Exhibit 11
# Defendant's
# November 21, 2019
# Twitter Thread

6/8/26, 4:30 PM     Liz Fong-Jones (方禮真) on Twitter: "Sigh, I was hoping not to have to do this, but now that the other... Awesome Screenshot

Case 1:26-cv-02059-KPF    Document 33-10    Filed 06/08/26    Page 2 of 3

# Ghost Archive

https://twitter.com/lizthegrey/status/1197656267709452293

Main menu

Main page
About Ghostarchive
Report a bug or
provide feedback
Switch to the old
website look

General info

Archive date: Tue, 19
Nov 2024 09:50:49
GMT
The webpage was as
shown on: Thu, 21 Nov
2019 23:00:00 GMT

Pages like this

See other archives of
this page
See other archives of
twitter.com





happened. [cw: allegations of sexual assault, cPTSD]

☐ 1        ☐        5

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 1h
In my view, this was neither foreseeable nor deliberate. I sincerely wish that we had each communicated our circumstances and needs better, but there is nothing I can do about it now that the damage has been done. [cw: allegations of sexual assault, cPTSD]

☐ 1        ☐        5

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 1h
I hope that she heals. I understand she may need to talk about it in order to heal or get closure. She has asked me to never contact her again, and I am doing my best to abide by it (Slack missing a block feature notwithstanding). [cw: allegations of sexual assault, cPTSD]

☐ 2        ☐        7

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 1h
but I also cannot allow myself to get smeared without stating what my experience/viewpoint was, nor can I allow myself to be the target of attempts to psychologically harm me in return. [cw: allegations of sexual assault, cPTSD]

☐ 1        ☐        6

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 1h
I understand that she's feeling suicidal and traumatized, but... it is counterproductive to try to attack me to the point of me becoming suicidal too. This was always going to be a mistake I was going to regret for the rest of my life :( [cw: allegations of sexual assault, cPTSD]

☐ 1        ☐        6

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 1h
So I don't know what to do other than be clear and transparent to the community, and... otherwise try to give her space.

if this results in consequences for me, then they very well may be consequences I deserve. You be the judge. [cw: allegations of sexual assault, cPTSD] [fin]

☐ 5        ☐        10

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 55m
(note: please please please do not try to identify or deanonymize her or take any action against her. the last thing I want is a further escalation of the situation. all I want here is for things to deescalate and for both of us to heal from this. it's a shitty situation.)

☐ 2        ☐        13

**Liz Fong-Jones (方禮真)** ☐ @lizthegrey · 51m
In short:
(1) Liz lives with a dog. Liz's clothing has dog hair on it.
(3) Liz had consensual sex with someone.
(4) That person has phobia of dog hair and didn't say so.
(5) That person thinks Liz deliberately/maliciously got dog hair on her.
(6) She accuses Liz of sexual assault

☐ 3        ☐        8

© 2019 Twitter   About   Help Center   Terms   Privacy policy   Imprint   Cookies   Ads info