# Exhibit 12

# Proof of Post Removal for Sexy Senior Citizen

6/5/26, 3:39 PM

Liz Fong-Jones / 方禮真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field CTO - Page 973 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF   Document 33-11   Filed 06/08/26   Page 2 of 6





6/5/26, 3:39 PM    Lazy Fong Jones - 方蕊真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field. C/C. Page 973 | Kiwi - Awesome Screenshot

Case 1:26-cv-02059-KPF   Document 33-11   Filed 06/08/26   Page 4 of 6



**Sexy Senior Citizen**
Resident Silver Fox
True & Honest Fan
kiwifarms.net
Joined: Dec 24, 2018

Mar 13, 2026    #19,451

🔗 This content has been removed in response to a DMCA takedown notice filed under 17 U.S.C. § 512.
View DMCA claim details

**PatrickButtman Jr.**
The Autist Formerly Known As Water-T
True & Honest Fan
kiwifarms.net
Joined: Dec 7, 2024

Mar 13, 2026    #19,452

> Vertigo said: ⊕
> Getting seriously tired of seeing this brickface without my consent.

Just another "consent accident" by Dong Long Gone Fong!

**Suited Bird**
kiwifarms.net
Joined: Aug 16, 2025

Mar 13, 2026    #19,453

When will this ugly nigger chink simply fuck off. Elliot you will never be a real women no matter how many consent accidents you do.

**Sweeter and Savoury**
You gain « Brouzouf »
True & Honest Fan
kiwifarms.net
Joined: Dec 15, 2022

Mar 13, 2026    #19,454

That troon lawyer Elliot hired is terrible. This is what you get for going all in on the brotherhood of the tranny Elliot.

The only hope in this case for them is to draw some Jew York judge whose a far lefty and loves troons so much they will ignore the law, as Elliot is arguing that criticism of his...portrait....is hateful speech and harassment and thus somehow not, you know criticism of a piece of art. Which no matter what the bad troon lawyer says is a protect act.

Your allowed to make fun of people, your allowed to point out how bad a image makes a person look and your allowed to alter said art work as an act of criticism and no copyright does not forbid anyone from saying mean things about you. And no Elliot you do not have copyright over public posts you make on TroonSky.

Seriously Elliot, with the money your supposed to have could you not have at least hired a decent law firm? Or is it that every other law firm you talked to turned you down because your a hideously mutilated freak and your case is pure vexations nonsense?

Unless Jersh get another Greer types judge situation, Elliot will lose this case and probably pretty quickly.

**Dante Alighieri**
The path to paradise begins in hell.
True & Honest Fan
kiwifarms.net
Joined: Nov 26, 2018

Mar 13, 2026    #19,455

> Sweeter and Savoury said: ⊕
> Unless Jersh get another Greer types judge situation, Elliot will lose this case and probably pretty quickly.

While I am optimistic about this we still live in clown world.

**jammercat**

Mar 13, 2026    #19,456

> The Pulverizer said: ⊕
> This is his profile picture on GitHub as well. Imagine seeing this picture out of nowhere in an issue or a pull request...
> View attachment 8695538

6/5/26, 3:39 PM

Case 1:26-cv-02059-KPF    Document 33-11    Filed 06/08/26    Page 5 of 6

Lazy Pong Jones - 方楷其 · Elliot William Fong · @lizthegrey - Honeycomb.io Field_CTO - Page 973 | Kiwi - Awesome Screenshot



Community platform by XenForo® © 2010-2023 XenForo Ltd. | © 2013-2023 LolCow LLC.
You must be 18 or over to visit this website.
Live free or die.
✞ Romans 12:21
μὴ νικῶ ὑπὸ τοῦ κακοῦ ἀλλὰ νίκα ἐν τῷ ἀγαθῷ τὸ κακόν