# Exhibit 13

# Proof of Post Removal for GettrGriftr

KIWI FARMS
Forums Chat What's new Members Donate Log in Register Search
New posts Search forums Sponsored Content
"So THAT is how you get into a relationship with a lesbian!! You became one!!"
Forums Criticism Stinkditch
Liz Fong-Jones / 方禮真 / Elliot William Fong / @lizthegrey / Honeycomb.io Field CTO - 'Consent accident' enjoyer, ex-Google employee, nepotistic sex pest, Robert Z'Dar look-alike who wants authority over the Internet
0 0 · Aug 30, 2022
If you are an employee of a T1 ISP, US datacenter, or related company please get in touch at josh@kiwifarms.net. I have some questions.
Want to keep track of this thread?
Accounts can bookmark posts, watch threads for updates, and jump back to where you stopped reading.
Create account
Chat
@EmoMom, I love Tiger Balm too. I buy the 3 pack of 1.7 oz off of amazon. I like using it when I am sick and when I have allergies. I never thought to use it before working out. Brilliant.
Not open for further replies.
Prev 1 ... 978 979 980 981 982 ... 985 Next
Mar 21, 2026 #19,581
DavidS877
2026, year of DOOM.
kiwifarms.net
Joined: Nov 21, 2020
I have located a photo of Elliot that is not under copyright.
31 13 4
Mar 21, 2026 #19,582
No Shot Bucko
No Shot!
kiwifarms.net
Joined: Jun 14, 2018
AnOminous said:
Dual citizenship is not formally recognized, but at the same time, you don't automatically lose your citizenship by also being a citizen of another country. You generally have to do something that unambiguously renounces your citizenship.
Elliot choosing the kangaroo land as dual citizenship seems an odd choice for the normal joe. but this freak choices are as bad as his whole existence so color me surprised on why specifically he choose AUStistralia even. ¿Maybe to do more cringey lolsuits since kangaroo courts laws can be as retarded as you can think of?
Most americans may consider in EU maybe ireland, italy or some fancy country depending of their needs: privacy, long wealth, healthcare, retirement and so on...
Others aim for South American countries because 3rd world countries are cheap in term of living in good wealth, or even to the point of retirement for property ownership etc.
Mar 21, 2026 #19,583
r/oldpeopleface book
You'll Cowards Don't Even Panel Up
kiwifarms.net
Joined: Apr 6, 2025
DavidS877 said:
I have located a photo of Elliot that is not under copyright.
View attachment 8732297
You know who else likes to abuse copyright of photos of themselves?





7 4 2 2 2
Mar 21, 2026 #19,584
Merton J. Dingle
Goths have style
True & Honest Fan
kiwifarms.net
Joined: Dec 31, 2022
r/oldpeoplefacebook said:
You know who else likes to abuse copyright of photos of themselves?
View attachment 8732399
Thanks for putting the image of Fatrick joining blockhead's polycule into my head.
ICanLurkNoMore LGHDR+ Toxic BRAAAAP Mask
Mar 21, 2026 #19,585
AnOminous
Any road will take you there.
Retired Staff
True & Honest Fan
kiwifarms.net
Joined: Dec 28, 2014
r/oldpeoplefacebook said:
You know who else likes to abuse copyright of photos of themselves?
View attachment 8732399
I always think of this picture as "look at me, I'm pointing at a faggot."
14 1
Mar 21, 2026 #19,586
Fake Steve Franssen
Occupation: Kiwifarmer
kiwifarms.net
Joined: Feb 20, 2022
I didn't see this come up anywhere. Here's the actual copyright page for the photographs:
https://publicrecords.copyright.gov/detailed-record/siebel_VAu001576006
Attachments
Public Record(s).pdf
14 1
Mar 21, 2026 #19,587
Billy Bob Dick
I've had kidney stones that were less painful
True & Honest Fan
kiwifarms.net
Joined: Jan 29, 2022
Sexy Senior Citizen said:
YOUR ATTENTION PLEASE
Elliot has subpoenaed my user information, up to and including:
My registration email
My IP address
My fucking bank information
Click to expand...
...on what possible grounds is the subpoena based?? Posting screenshots?
Lentil Soup, All the beef fit to eat and Botchy Galoop indomitable snowman
Mar 21, 2026 #19,588
Obnoxious Asshole
I am not pleased
kiwifarms.net
Joined: Feb 14, 2024
Dread First said:
Correct me if I'm mistaken, but I do believe that the acquisition of Commonwealth citizenship necessarily means you must renounce American citizenship
He can have dual citizenship, but to become an Australian citizen he's going to have to spend four years as a permanent resident before he can apply. Australia has some stringent domicile requirements during the process. He can't phone it in.
CEO of Gay, Botchy Galoop and Bill Evans 45
Mar 21, 2026 #19,589
Kikemaster
I'm reflecting on the importance of professional presentation and personal brand alignment. It's clear that Elliot's current trajectory and public image aren't resonating with industry standards, and frankly, it's a challenge to see a path toward long-term success here. There are significant concerns regarding his professional viability and the impact of his presence in high-stakes environments.
Perhaps it's time for a radical career pivot or a complete withdrawal from the public eye to avoid further reputational damage. In a professional setting, first impressions are everything—and unfortunately, the current feedback suggests that his presence

(N-word in username)
True & Honest Fan
kiwifarms.net
Joined: Oct 17, 2017

might be more of a disruption than an asset, potentially leading to unfavorable outcomes in any formal or legal proceedings. Let's focus on surrounding ourselves with excellence. #ProfessionalGrowth #PersonalBranding #CareerAdvice

7 3 2 2 1 1

---

**InconvenientNecessity**
America is the most insane nation on Earth
kiwifarms.net
Joined: Feb 14, 2024

Mar 21, 2026 #19,590

Double tranny for that AI crap interview, but of course. You can tell the instant he opens his mouth and you see the Adam's apple bobbing around. At least he didn't end up with the breezeblock wall look. IT still being a very lucrative career, for now...
https://kymidd.medium.com/coming-out-as-trans-life-work-and-everywhere-in-between-dfb142296aba

Seriously, show me an actual woman, a single one, this involved in this field. Troons be making DEI a piece of cake for this sector of the workforce.

Toxic BRAAAAP Mask, All the beef fit to eat, The Taxman and 1 other person

---

**teriyakiburns**
The weak have no place in shuffleboard, captain!
True & Honest Fan
kiwifarms.net
Joined: Mar 4, 2019

Mar 21, 2026 #19,591

> Sexy Senior Citizen said:
>
> YOUR ATTENTION PLEASE
>
> Elliot has subpoenaed my user information, up to and including:
>
> - My registration email
> - My IP address
> - My fucking bank information
>
> Click to expand...

The request to subpoena hasn't been granted yet, but he wants your information (and mine, for posting an image that is clearly parody fair use in the relevant jurisdiction). The e-mail address attached to my account is not connected to me and I visit the site through a VPN.

14 4 2

---

**Tagnut Fondler**
kiwifarms.net
Joined: Feb 20, 2026

Mar 21, 2026 #19,592

Troons will tell you how anti-estabilishment they are (hate billionaire CEOs, hate private ownership, hate human resources, constantly talk about supporting unions, etc.) but then will abuse their professional connections and the legal system for petty, selfish reasons and protect them from consequences of heinous crimes like sexual assault.

This is an obvious observation, although I don't see anyone discussing it outside of KF. Other online spaces are either controlled by troons or focused on religious fearmongering.

10 2 1

---

**ckcc**
kiwifarms.net
Joined: Jul 23, 2025

Mar 21, 2026 #19,593

> Sexy Senior Citizen said:
>
> YOUR ATTENTION PLEASE
>
> Elliot has subpoenaed my user information, up to and including:
>
> - My registration email
> - My IP address
> - My fucking bank information
>
> Click to expand...

perhaps elliot had a subpoena accident..?

10 1

---

**Shlomo XL**
True & Honest Fan
kiwifarms.net
Joined: Dec 17, 2022

Mar 21, 2026 #19,594

> Sexy Senior Citizen said:
>
> He is watching this thread like a hawk

Wait... you're telling me this is where we go to inform Brickface of his retardation? Why, it would be my delight and pleasure. *ahem*

Girl Talk? xoxo

ATTENTION, DONG!

Your dumb kike law firm's filings are *pathetic*. You act like a petulant child, and you will **continue** to eat shit in court. Being quite confident in the above statement, I would like to provide *in advance* my email address and provider information if you would like to make further inquiry.

Spoiler

HAVE A NICE DAY™

0:00 / 5:34
Last edited: Mar 21, 2026
8 8 6 4
Mar 21, 2026 #19,595
AnOminous
Any road will take you there.
Retired Staff
True & Honest Fan
kiwifarms.net
Joined: Dec 28, 2014
Kikemaster said:
I'm reflecting on the importance of professional presentation and personal brand alignment. It's clear that Elliot's current trajectory and public image aren't resonating with industry standards, and frankly, it's a challenge to see a path toward long-term success here.
Even on the left people are utterly sick of troons and their shit.
18 3 2 1
Mar 21, 2026 #19,596
Botchy Galoop
Socially Distant
True & Honest Fan
kiwifarms.net
Joined: May 11, 2019
Kikemaster said:
In a professional setting, first impressions are everything—and unfortunately, the current feedback suggests that his presence might be more of a disruption than an asset, potentially leading to unfavorable outcomes in any formal or legal proceedings.
Wow.
Really?
Who knew that claiming to be a snow leopard, having a bunch of imaginary people living in your head, cutting off your reproductive organs and talking about that time someone accused you of sexual assault----ALL DONE PUBLICALLY AND ON SOCIAL MEDIA----would cause reputational harm and make potential employers (and just regular people)think you were not mentally well and a undesirable employee...???????
IMO, individuals like that, rather than look for attention from the nameless digital masses should rather; spend their time and money and seek attention from a therapist.
GET HELP, LIZ.
Last edited: Mar 21, 2026
7 3 1
Mar 21, 2026 #19,597
Harvey Danger
getting tired of this whole internet thing
True & Honest Fan
kiwifarms.net
Joined: May 16, 2019
Billy Bob Dick said:
...on what possible grounds is the subpoena based?? Posting screenshots?
A succulent Chinese screenshot???
Here's the subpoena, Null's initial response and warning, plus the possibility of him fighting the subpoena. TL;DR Elliot is trying to use the DMCA to get the personal info on "infringers", the exact outcome as when he was hoping the normal DMCA takedown/appeal process would dox them to Elliot directly. Some of these posts were only made a week ago, so he's definitely checking this thread frequently for new victims.
10 1 1
Mar 21, 2026 #19,598
teriyakiburns
The weak have no place in shuffleboard, captain!
True & Honest Fan
kiwifarms.net
Joined: Mar 4, 2019
Harvey Danger said:
Some of these posts were only made a week ago, so he's definitely checking this thread frequently for new victims.
Two were made the same day as the subpoena was issued.
Last edited: Mar 21, 2026
11 1
Mar 21, 2026 #19,599
GettrGriftr
Bottom text
True & Honest Fan
kiwifarms.net
Joined: Jan 29, 2022
This content has been removed in response to a DMCA takedown notice filed under 17 U.S.C. § 512.
View DMCA claim details
Mar 21, 2026 #19,600

LFJ was just a "track host" at the QCon conference in London. I wonder if he tried to sneak into the women's bathroom to do his pissing/shitting/dilating. If so, I wonder if there was a confrontation now that the UK Supreme Court has repeatedly clarified that men don't belong in the women's room.
Pluciferous
Budgy Smuggler
kiwifarms.net
Joined: Jun 5, 2024
◂ Prev 1 ... 978 979 980 981 982 ... 985 Next ▸
Not open for further replies.
Forums Criticism Stinkditch
Style chooser Change width
Contact us Terms and Conditions Privacy Policy Help Removing content
701 / 800
Community platform by XenForo® © 2010-2025 XenForo Ltd. | © 2013-2025 Lolcow LLC.
You must be 18 or over to visit this website.
Live free or die.
♱ Romans 12:21
μὴ νικῶ ὑπὸ τοῦ κακοῦ ἀλλὰ νίκα ἐν τῷ ἀγαθῷ τὸ κακόν

