# Exhibit 14

# Proof of Post Removal for Diggus Bickus





**Treasure Champs**
True & Honest Fan
kiwifarms.net
Joined:   Jan 26, 2020

Well, yeah, exactly. I don't have much but I believe the farms holds great value in a world of authoritarianism and diminishing free speech. Even if I don't think my donation will go very far, I hope that Jersh and Hardin will take courage from the total number of people who are willing to put their money where their mouth is, which is a number I can contribute to... and you never know whom you might inspire by giving when you have little to give.

👍 5   ❤️ 3   🥇 1   🍸 1

---

Mar 14, 2026                                                                 ⌕ #1,105

Can I mail money? If so where?

**Dago**
kiwifarms.net
Joined:   Jul 4, 2022

🎮 SpiceyHuman

---

Mar 14, 2026                                                                 ⌕ #1,106

> Is It Luck? said: ⊕
> I can't say I agree with a lot of the stuff posted here. I do believe it is important that people have the right to shitpost. I hope the fundraising goes well and there is some sort of transparency as to where the money goes.

I have the same mentality.
I think it's important to regularly expose yourself to things you might deem uncomfortable. Otherwise you never learn to digest ideas or properly refute them. The internet these people want is void of critical thinking and functional critique of the powers that be. In order to do those things, you need to first understand why you disagree with ideas first instead of shutting them out with self-terminating thoughts.

Speaking of Self Termination.
Fuck you, Elliot.

**Starefag**
kiwifarms.net
Joined:   Dec 2, 2024

👍 8   ✅ 3   🍸 1

---

Mar 14, 2026                                                                 ⌕ #1,107

I'd like to nominate this for Official Song Of The Thread:

**1957 HITS ARCHIVE: Rang Tang Ding Dong (I Am**
The45Prof

**Pluciferous**
Budgy Smuggler
kiwifarms.net
Joined:   Jun 5, 2024

👍 4   😆 3   🎮 1

---

Mar 14, 2026                                                                 ⌕ #1,108

> Treasure Champs said: ⊕
> Well, yeah, exactly. I don't have much but I believe the farms holds great value in a world of authoritarianism and diminishing free speech. Even if I don't think my donation will go very far, I hope that Jersh and Hardin will take courage from the total number of people who are willing to put their money where their mouth is, which is a number I can contribute to... and you never know whom you might inspire by giving when you have little to give.

I don't think there's a way to see it on the GSG page but it would be interesting to see the spread of payments and how much of the total is just the accumulation of "small" amounts (quotes very deliberate there as nothing is small). This site has a lot of users. If everyone gives just a little, the goals will be met.

And the sooner they're met, the sooner Null can remove Dong Gone's hideous visage from the top of every page!   🐦

**Overly Serious**
True & Honest Fan
kiwifarms.net
Joined:   Oct 20, 2019

👍 7   ✅ 1

---

Mar 14, 2026                                                                 ⌕ #1,109

Do givesendgo donations also get the pretty frame? I signed up for 20 a month, I just want as much gold as possible to be visible so maybe more people in the forum will decide to pitch in too.

**Sebben Crudele II**
Unlike Sonic I don't chuckle.
kiwifarms.net
Joined:   Jan 22, 2023

GiveSendGo
No results found

Subscription Donations

Defend Kiwi Farms from
Consent Accidents



**Mar 14, 2026**                                                                        #1,110

Fong-foolery on this scale got my wife's freedom-jimmies so rustled she spent an hour on the phone cancelling *trainsperging* to send Hardin some bucks. Shit's serious, yo.

**Fetch!**
It's not going to happen.
True & Honest Fan
kiwifarms.net
Joined: Nov 13, 2024

❤ 16  🍎 2  😀 2  🤬 1  🎯 1

---

**Mar 14, 2026**                                                                        #1,111

> Sebben Crudele II said: ⓣ
> Do givesendgo donations also get the pretty frame? I signed up for 20 a month, I just want as much gold as possible to be visible so maybe more people in the forum will decide to pitch in too.
> View attachment 8700190

Nope, it does not,. You either have to DOnate via, Crypto, Checks with Autopay or if you are a Euro-Fag, with a SEPA Payment

**Bosnian Baconator**
kiwifarms.net
Joined: Feb 28, 2025

🔄 Aunt Carol and ChaosReignsOnSomeSaturday   ⓘ Sebben Crudele II

---

**Mar 14, 2026**                                                                        #1,112

> Dago said: ⓣ
> Can I mail money? If so where?

Supporting the Kiwi Farms

> Null said: ⓣ
>
> **Alternative: Anonymous Money Orders and Personal Checks**
>
> If you prefer to donate with paper money but do not want to use automated bank payments, you have an alternative.
>
> You still go to the billpay page and pull your billpay id. Fill out a USPS Money Order with this information:

**Walnut Pound Cake**
Nutty and moist
True & Honest Fan
kiwifarms.net
Joined: Jun 1, 2025

👍 5  ⓘ 2

---

**Mar 14, 2026**                                                                        #1,113

> Treasure Champs said: ⓣ
> Well, yeah, exactly. I don't have much but I believe the farms holds great value in a world of authoritarianism and diminishing free speech. Even if I don't think my donation will go very far, I hope that Jersh and Hardin will take courage from the total number of people who are willing to put their money where their mouth is, which is a number I can contribute to... and you never know whom you might inspire by giving when you have little to give.

We can only try our best and rave against the Injustice. But when it boils down to it, we on the Farms, are a huge, tightly knit, dysfunctional family. We may not always agree, but come pissing on our Doorstep and we'll find you and shit down your throat.

**Bosnian Baconator**
kiwifarms.net
Joined: Feb 28, 2025

👍 8  ❤ 3  ✅ 2  🎯 2

---

**Mar 14, 2026**                                                                        #1,114

> Overly Serious said: ⓣ
> And the sooner they're met, the sooner Null can remove Dong Gone's hideous visage from the top of every page! 

Yeah but just imagine what if it might give some ideas to Encyclopedia Dramatica to do an entry with LFJ's hideous visage?...

**Super-Chevy454**
kiwifarms.net
Joined: Apr 2, 2018

🔄 Kojikurac

---

**Mar 14, 2026**                                                                        #1,115

Does givesendgo accept EBT/food stamps?

**McBoogerBall**
A mom making a difference



**UglyPie22**
kiwifarms.net
Joined:   Mar 1, 2026

Mar 14, 2026                                              #1,116

0:00 / 0:18

🍸 6   🦐 5   🟡 2   🟦 1

---

**Random Internet Person**
kiwifarms.net
Joined:   Jun 28, 2019

Mar 14, 2026                                              #1,117

> Diggus Bickus said:
> HARRO PREE ME CHINESE PURINCESS
> View attachment 8700140
> IT WAS JUST CONSENT ACCIDENT CHING CHONG BING BONG

I can't believe someone thought this was a good picture.

✅ Gaystapo and The Jewel of the Nile   🧊 SpiceyHuman   🔋 StacticShock

---

**Bosnian Baconator**
kiwifarms.net
Joined:   Feb 28, 2025

Mar 14, 2026                                              #1,118

> McBoogerBall said:
> Does givesendgo accept EBT/food stamps?

If they don't, try offering what's left of your Soul or maybe a lung, or a Kidney or a piece of your Liver.

ℹ️ Tinidril   🥎 Fetch!

---

**Hugh Wotmaet**
u wot m8?
True & Honest Fan
kiwifarms.net
Joined:   Dec 13, 2022

Mar 14, 2026                                              #1,119

I'll finally be able to send over some monthly crypto in a couple days. Had been trying to set up the Bill Pay stuff, but I am a semi-retarded Syrupean working ~17hr days right now, and couldn't figure it out

❤️ 7

---

**troonkin**
True & Honest Fan
kiwifarms.net
Joined:   Dec 12, 2022

Mar 14, 2026                                              #1,120

Despite not being able to spend a lot of time posting here, this forum remains one of the last bastions of old school Internet. Enjoy my money (((Joshua))). you are doing God's work.

❤️ 7   🧊 4   🐢 3   🟡 1   🍸 1

‹ Prev   1   …   54   55   **56**   57   58   …   96   Next ›

🔒 Not open for further replies.

🏠 Forums › Interior › **Forum Discussion**

✏️ Style chooser   ©   Change width                Contact us   Terms and Conditions   Privacy Policy   Help   Removing content   ✈ ✕ 🔗 📶

