# Exhibit 15
# Defendant's
# March 20, 2026
# DMCA
# Takedown Notice

KAMERMAN, UNCYK, SONIKER & KLEIN P.C.

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

———

(212) 400-4930

March 20, 2026

**VIA EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Matthew Hardin
The Law Office of Matthew D. Hardin, PLLC
101 Rainbow Drive #11506
Livingston, TX 77399
Email: matt@matthewhardin.com

**RE: Removal Request Pursuant to 17 U.S.C. § 512(c)(3)**

Matthew,

　　As counsel to Zhen Elizabeth Fong-Jones, who holds the copyright to the visual work identified as "Fong-Jones Photo Group 1-1-14962489821" under Registration No. VAu001576006, we are providing you, the DMCA service agent for Lolcow, LLC, the following DMCA removal request pursuant to 17 U.S.C. § 512(c)(3). A copy of the original visual work is available at:

https://kusklaw.sharefile.com/public/share/web-s8f7ac74eb9344bad9a991059b4c38ab8

　　An unauthorized copy of this work has been published on the Kiwi Farms website at the following URLs by the following users on the following dates:

| | | |
|---|---|---|
| 3/13/2026 | Sexy Senior Citizen | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-23950891 |
| 3/14/2026 | Diggus Bickus | https://kiwifarms.st/threads/lolcow-llc-v-liz-fong-jones-2026.241189/post-23960137 |
| 3/20/2026 | Teriyakiburns | https://kiwifarms.st/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24011066 |
| 3/20/2026 | Dread First | https://kiwifarms.net/threads/liz-fong-jones-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/post-24007809 |

March 20, 2026
Page 2

I have a good faith belief that the copy is unauthorized by Ms. Fong-Jones, her agents, or the law, and infringes on Ms. Fong-Jones's copyright, and is not protected by fair use. Please remove this unauthorized and infringing copy of Ms. Fong-Jones's protected work immediately (as well as all other infringing copies). If you have further questions, please contact me by email at lhaygood@kusklaw.com, by phone at 646.845.6085., or by post at the address in the letterhead.

Under penalty of perjury, I affirm that the information in the foregoing is true and correct to the best of my knowledge and that I am authorized to act on behalf of Elizabeth Fong-Jones, the owner of the exclusive rights which she alleges are infringed.

Sincerely,
/s/ Lane Haygood
Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com