**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-02059-KPF |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
|   Defendant. | ) | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF LOLCOW LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Lolcow LLC's Motion for a Preliminary Injunction, the supporting memorandum and declarations, and the entire record, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. **Definitions.**

    a. "Covered Photograph" means the professional photograph of Defendant Zhen Elizabeth Fong-Jones registered with the United States Copyright Office as Registration No. VAu001576006 (registration certificate at ECF No. 6-3), as identified in Defendant's DMCA takedown notices at ECF Nos. 1-1 and 1-3, and as reproduced in the Kiwi Farms posts bearing post identifiers 23950891, 23960137, 24020214, 24097157, 24102175, and 24071702, together with any cropped, resized, annotated, captioned, memed, screenshotted, or otherwise non-substantively modified version of that photograph.

    b. "Covered Use" means use of a Covered Photograph in a context of commentary, criticism, parody, news reporting, or discussion of Defendant.

2. **Prohibitory relief.** Defendant, Defendant's officers, agents, attorneys, and all persons in active concert or participation with her who receive actual notice of this Order under Fed. R. Civ. P. 65(d)(2), are enjoined, pending final resolution of the fair-use question presented in this action, from: (a) issuing any further takedown notification under 17 U.S.C. § 512(c)(3) directed to Lolcow, Kiwi Farms, or any provider hosting Kiwi Farms content that targets a Covered Use; and (b) requesting or seeking any further subpoena under 17 U.S.C. § 512(h) directed to Lolcow or concerning Kiwi Farms users that is based on a Covered Use.

3. **Mandatory relief.** Within seven (7) days of this Order, Defendant shall withdraw any pending takedown notification directed to Lolcow or Kiwi Farms content that targets a Covered Use.

4. **Exclusions.** This Order does not apply to any use that falsely purports to be endorsed by Defendant, sells the photograph as a standalone product, uses the photograph in advertising for an unrelated commercial good or service, or reproduces the photograph outside a context of commentary, criticism, parody, news reporting, or discussion of Defendant. Nor does this Order restrain Defendant from litigating this action, answering the complaint, asserting compulsory or permissive counterclaims, seeking discovery when discovery opens, seeking relief from the Court by noticed motion, or enforcing genuine copyrights against materially different works.

5. **Security.** Pursuant to Fed. R. Civ. P. 65(c), and for the reasons stated in the supporting memorandum, security is set in the nominal amount of $_____.

6. **Duration.** This Order remains in effect pending final resolution of the fair-use question presented in this action or further order of the Court.

7.  **Reservation.** Nothing in this Order limits the Court's authority, in the alternative, to enter a more limited standstill order barring new takedown notifications under 17 U.S.C. § 512(c)(3) and new subpoena applications under 17 U.S.C. § 512(h) directed to a Covered Use pending an evidentiary hearing.

SO ORDERED.

Dated: _____, 2026

_____
HON. KATHERINE POLK FAILLA
United States District Judge