**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOLCOW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:26-cv-02059-KPF |
| | ) |
| ZHEN ELIZABETH FONG-JONES, | ) |
| | ) |
| Defendant. | ) |

---

**LOLCOW LLC'S NOTICE**
**JOINING/ADOPTING MOTION TO QUASH FILED AT ECF NO. 31.**

---

NOW COMES Lolcow LLC, and respectfully joins/adopts the Motion to Quash filed by various non-parties at ECF No. 31.

Respectfully submitted this the 8th day of June 2026,

HARDIN LAW OFFICE

By:    /s/Matthew D. Hardin
Matthew D. Hardin
Attorney Reg. No. 5899596
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 212-680-4938
Email: MatthewDHardin@gmail.com

*Counsel for Lolcow LLC*