**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOLCOW LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:26-cv-02059-KPF |
| | ) |
| ZHEN ELIZABETH FONG-JONES, | ) |
| | ) |
|     Defendant. | ) |

## ERRATA

NOW COMES Lolcow LLC, and notes that undersigned counsel erroneously filed the wrong document at ECF No. 34. The correct document, which should have been filed at ECF No. 34, is attached hereto.

Respectfully submitted this the 8th day of June 2026,

HARDIN LAW OFFICE

By:    /s/Matthew D. Hardin
           Matthew D. Hardin
           Attorney Reg. No. 5899596
           101 Rainbow Drive # 11506
           Livingston, TX 77399
           Phone: 212-680-4938
           Email: MatthewDHardin@gmail.com

           *Counsel for Lolcow LLC*