**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-02059-KPF |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

---

### LOLCOW LLC'S MOTION FOR A PRELIMINARY INJUNCTION

---

NOW COMES Lolcow LLC, and respectfully moves that this Court enter a preliminary injunction. Lolcow LLC incorporates by reference the accompanying memorandum of law and proposed order.

Respectfully submitted this the 8th day of June 2026,

HARDIN LAW OFFICE

By:    /s/Matthew D. Hardin
Matthew D. Hardin
Attorney Reg. No. 5899596
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: 212-680-4938
Email: MatthewDHardin@gmail.com

*Counsel for Lolcow LLC*