# EXHIBIT 1

# Copyright

---

**Registration Number / Date:**
VAU001576006 / 2025-08-25

**Type of Work:**
Visual Material

**Title:**
Fong-Jones Photo Group 1 1-14962489821.[Group registration of unpublished photographs.8 photographs]

**Application Title:**
Fong-Jones Photo Group 1 1-14962489821

**Date of Creation:**
2025

**Copyright Claimant:**
Zhen Elizabeth Fong-Jones, Transfer: By assignment. Address: 9450 Gemini Dr, PMB 64524, Beaverton, OR, 97008, United States.

**Authorship on Application:**
Zackary Drucker. Authorship: photographs.

**Rights and Permissions:**
Thomas Prince, 1700 Broadway, 16th Floor, New York, NY, 10019, (704) 954-8038, (980) 417-4914, tprince@kusklaw.com

**Description:**
8 photographs :
DVD.

**Copyright Note:**
C.O. correspondence.
Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.

The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding group registration: Registration extends to corresponding photographs in contents titles and in deposit.

**Photographs:**

(8 photographs): Liz Fave, Liz Fave tiff, Liz1, Liz1 tiff, Liz2, Liz2 tiff, Liz3, Liz3 tiff

**Names:**

Drucker, Zackary

Fong-Jones, Zhen Elizabeth

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/siebel_VAu001576006

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).