**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOLCOW LLC,

         Plaintiff,

v.

ZHEN ELIZABETH FONG-JONES,

         Defendant.

Case No. 1:26-cv-02059-KPF

Declaration of Kathryn Tewson in Opposition to Defendants' Motion to Quash and for a Preliminary Injunction

I, Kathryn Tewson, declare:

1.     I am an investigative paralegal with the law office of Kamerman, Uncyk, Soniker & Klein, P.C. I am over the age of eighteen and have personal knowledge of the facts and events set forth in this declaration, and could and would testify to them competently if called upon to do so.

2.     As a part of my regular work duties, I monitor the publicly visible online conduct of opposing parties in various cases, including this one. Because we have been engaged to protect the intellectual property rights of Zhen Elizabeth Fong-Jones, I maintain routine surveillance of the Kiwi Farms forum. I am therefore personally familiar with the parties involved as well as the various online endeavors, habits, and status of Joshua Moon and Lolcow, LLC. In particular for this case, I have been observing Moon and his reactions to the Digital Millennium Copyright Act (DMCA) takedown notices transmitted by attorneys Lane A. Haygood and Thom Prince to Lolcow, LLC, via their DMCA registered agent, Matthew Hardin.

### A. Lolcow, Kiwi Farms, and Ms. Fong-Jones

3.     Lolcow operates Kiwi Farms, a website located at http://kiwifarms.st  (clearweb, or colloquially the public internet) and

1

https://kiwifarmsaaf4t2h7gc3dfc5ojhmqruw2nit3uejrpiagrxeuxiyxcyd.onion/ (darkweb)[1]. Kiwi Farms is a web forum on which members create threads on topics of their own choosing and can post and comment on others' threads. The sole administrator and operator of Kiwi Farms is Joshua Moon, who uses the handle "Null" when posting on the forum. Mr. Moon is also the principal and sole member of Lolcow.

4.    The content on the Kiwi Farms website is largely bigoted, anti-social, and vile. Historically, Kiwi Farms has been a hub for abusive and illegal content revolving around coordinated harassment, "swatting" (i.e., fraudulently calling for an armed police response to a person's residence by invoking a fake emergency), and circulating nonconsensual explicit material. Some threads discuss topics of purported cultural relevancy, with titles such as "The India Menace," "Official Kiwifarms Jewsperg Hate Thread," and "Is it illegal to fuck a retard?" Other threads focus on individuals, meticulously collecting personally identifying (and other) information and publishing it alongside the members' various insults, speculations, and outright fabrications about the thread subject's life and conduct, as seen on the "Lolcow" sub-area of the forum (known as a "board"). The membership of the site, and the commentary hosted on it, has a particular antipathy towards transgender people; Mr. Moon created an entire board for denigrating and harassing trans people which he named "Stinkditch" in an offensive reference to trans women's genitals. Mr. Moon also has a particular hatred towards intellectual property law, describing US copyright law as "grotesque" and stating "IP theft is based. Fuck copyright" as seen in the screenshot below.

---

[1] The "clearweb" is the Internet as most people know it: indexed, searchable, and accessible by any Web browser such as Google Chrome or Microsoft Bing. The "darkweb," by contrast, is the back alleys and seedy underbelly of the Internet, where users must know the address of their online destination in advance and which requires specialized software such as the Tor browser to navigate.



5.    Defendant Zhen Elizabeth Fong-Jones has been the subject of such commentary and harassment on Kiwi Farms since 2017, when Kiwi Farms user "zedkissed60" posted a compendium of Ms. Fong-Jones' personal and personally-identifying information. On August 30, 2022, Kiwi Farms user "0 0" started a thread about Ms. Fong-Jones to serve as a centralized repository for her personal information. As of the writing of this declaration, the thread about Ms. Fong-Jones is now 985 pages long and contains nearly twenty thousand individual posts.

6.    While the vast majority of those posts are offensive, vile, and bigoted, speculating crudely and baselessly on Ms. Fong-Jones' body, health, and personal life, they also largely fall into the realm of opinion, trash talk, insult, and rhetorical hyperbole.

7.    However, some posts cross the line into wrongful conduct. For example, Kevin Crawley, under the Kiwi Farms username "mailfrawd," participated in an extensive campaign implicitly encouraging Kiwi Farms members to harass Ms. Fong-Jones at her speaking engagements as well as

3

expressly encouraging those same members to spread lies about her in an effort to harm her career.

One such post[2] is seen below:



Another example of a user whose posts crossed the line from mere insult to wrongful conduct is Ted Hahn, who, under the username "RepeatedMeme," published the knowingly false and defamatory statement that Ms. Fong-Jones is a pedophile who admitted to the possession of illegal child sexual exploitation material in his presence:



---

[2] The reference to "the 41%" is to the percentage of trans adults who, per one 2010s version of the National Transgender Discrimination Survey, have attempted suicide. *See* Tanis J. The power of 41%: A glimpse into the life of a statistic. Am J Orthopsychiatry. 2016;86(4):373-7. doi: 10.1037/ort0000200. PMID: 27380151.

In addition to these examples, which are illustrative and not exhaustive, the Kiwi Farms website also publishes Ms. Fong-Jones' Social Security Number, which is visible to logged in users at

http://kiwifarms.st/posts/12853061/show.

**B. Lolcow Continues to Host the Infringing Content**

8.    On June 8, 2026, I personally navigated to each of the following URLs and confirmed that the Infringing Content loads from the Kiwi Farms website. In some cases, expansion of "spoiler" tags is required to see the infringing content, but in all cases, the Infringing Content is visible to and accessible by any person on the Internet.

- https://kiwifarms.st/threads/liz-fong-jones-fang-li-zhen-elliot-william-fong-lizthegrey-honeycomb-io-field-cto.128419/page-970#post-23783876 (The Mass Shooter Ron Soye)

- https://kiwifarms.st/posts/23783876/show (The Mass Shooter Ron Soye)

- https://uploads.kiwifarms.st/data/attachments/8592/8592223-4349b56c17ec0f720ae1a9abd171d305.jpg?hash=onLlVT95z3 (The Mass Shooter Ron Soye)

- https://kiwifarms.st/posts/23786834/show (3MMA)

- https://uploads.kiwifarms.st/data/attachments/8594/8594327-ddb7adc1531aa5cf5461a5a2112617a9.jpg?hash=5PJtMvrq29 (3MMA)

- https://kiwifarms.st/attachments/consent-accidents-2026-update-jpg.8606946/ (3MMA)

- https://kiwifarms.st/posts/23950891/show (Sexy Senior Citizen)

- https://uploads.kiwifarms.st/data/attachments/8682/8682958-a74f8fffce3c2aa8ead2041fc03bac32.jpg?hash=PzznhgqOSK (Sexy Senior Citizen)

- https://uploads.kiwifarms.st/data/attachments/8687/8687511-b4eede4604a23121db8ce9a5fee4dee2.jpg?hash=0h5xn5k1pP (Diggus Bickus)

- https://kiwifarms.st/posts/24011066/show (teriyakiburns)

- https://uploads.kiwifarms.st/data/attachments/8715/8715382-59174c5ca15abed7905c63c7af274704.jpg?hash=_BzPM5KQ04 (teriyakiburns)

- https://uploads.kiwifarms.st/data/attachments/8715/8715389-8cd8d756aace1b0a4834b92c66a8e33a.jpg?hash=r8QOHG4BDa (teriyakiburns)

- https://kiwifarms.st/posts/24007809/show (Dread First)

- https://uploads.kiwifarms.st/data/attachments/8709/8709346-ea9f07d9697def77389ad64c427729f5.jpg?hash=NrmnopefPz (Dread First)

- https://uploads.kiwifarms.st/data/attachments/8720/8720887-57573913f63c5aad5c1221f0f575129a.jpg?hash=5PJtMvrq29 (GettrGriftr)

9.    On June 13, 2026, I personally visited the URL below and confirmed that the Infringing Content loads from the Kiwi Farms website.

- https://kiwifarms.st/members/sexy-senior-citizen.30840/latest-activity?before_id=143664721 (Sexy Senior Citizen)

10.    Based on my observations of the Kiwi Farms website, Lolcow appears to have a policy of merely obscuring the display of problematic material rather than removing it from view. For example, the post at https://kiwifarms.st/posts/18959775/show contains both personally identifying information ("PII") of the subject of the thread as well as intimate images of the thread subject posted without her consent. Both the PII and the non-consensual intimate images ("NCII") are obscured from view to non-logged-in-users behind a tag which reads "This private information is unavailable to guests due to policies enforced by third-parties," but logged-in users can easily access the problematic material.

11.    Lolcow also employs this "obscure, but do not remove" strategy for material hosted in violation of federal law. For example, the post at https://kiwifarms.st/posts/15845577/show contains material which has been adjudicated to be obscene in *U.S. v. Arthur*, 51 F.4th 560 (5th Cir. 2022), in violation of 18 U.S.C. § 1466A. As with the PII and NCII referenced above, this content is obscured from view to non-logged-in-users behind a tag which reads "This private information is unavailable to guests due to policies enforced by third-parties," but is accessible to logged-in users.

6

12.     Lolcow additionally employs this same "obscure but do not remove" strategy for other material about Ms. Fong-Jones. For example, the post at https://kiwifarms.st/posts/12853061/show contains Ms. Fong-Jones' Social Security Number, obscured behind a tag reading "This private information is unavailable to guests due to policies enforced by third-parties" for non-logged-in users, but easily accessible to any logged-in Kiwi Farms user.

13.     Based on my review of the Kiwi Farms website, these obfuscation methods are not universally applied. I was able to find other examples of PII, NCII, illegal material, and sensitive information such as Social Security Numbers and cleartext passwords on the Kiwi Farms website that were easily viewable to all Internet users without any blocking or obscuring efforts taken whatsoever. (Due to the nature of this material, I have excluded the URLs where this material may be found from this declaration, but am happy to provide them under seal or for *in camera* review.) Based on my observations of how and when these obscuring efforts are used, I believe it is highly likely that Lolcow does not obscure such material automatically, but does so only in response to complaints or Mr. Moon's personal liability concerns, or if the individual user happens to choose to deploy such tags at the time of posting.

### C. Lolcow's Information Retention Policies and Encouragement of Fraud

14.     Lolcow affirmatively advertises that it preserves very little information associated with its members' user accounts. For example, on March 21, 2021, as part of a discussion about information security in the wake of a then-recent data breach of the Kiwi Farms website, Mr. Moon included the statement "For years before the hack, we've maintained a policy of keeping as little information as possible. This includes advocating the use of permanent alter-ego email addresses. When the hack happened, there was almost nothing identifying in it, as most people took their privacy seriously," in

his annual Privacy Checkup thread for 2021, as seen at https://kiwifarms.st/threads/privacy-checkup-2021.86746/.

15.    Mr. Moon has continuously encouraged his users to use Virtual Private Networks to obscure their connection details and to use an email address that is not associated with any of their other activities. Based on my review of the Kiwi Farms website, Mr. Moon encourages these practices in part for the purpose of facilitating the frustration of non-users' ability to enforce their rights in light of his users' violation of those rights.

16.    His users have gotten the message. On March 21, 2026, after receiving the DMCA Takedown Notices, after this litigation was filed, and after becoming aware of the request for the issuance of a DMCA § 512(h) Subpoena seeking their information, Doe Movants "Sexy Senior Citizen" and "Dread First" engaged in the following exchange on "Sexy Senior Citizen's" profile page on Kiwi Farms, which is not visible to non-logged-in users:

> **Dread First:** Your 15,600th post was about the subpoena. Honestly? I feel the same way as you dude. Inshallah we both come out the other side a-okay.

> **Sexy Senior Citizen:** I would be lying if I said I wasn't concerned. But I think by the power of God and the stubbornness of Dear Sneeder [Mr. Moon], I'll make it through.

> **Dread First**: The worst part is that unlike Melinda Scott, Russell Greer, and Fatrick, [Ms. Fong-Jones] is a crafty sumbitch. […]

> **Sexy Senior Citizen**: Switch to Tor and/or a VPN immediately. Your IP will become impossible to trace. As a Kiwi Farms Gold User, your bank information is safe, as Josh set up the billpay to ensure no identifying information is passed (unless you revealed your billpay ID). My T&H was gifted years ago. The good news is, it's not an actual subpoena. It's a request to submit a subpoena. Even then, unless stipulated otherwise, Josh has 14 days to respond- plenty of time to practice digital hygiene.

17.    Based on my review of Dread First's and Sexy Senior Citizen's other posts, I believe this exchange is exactly what it looks like: a written memorialization of Sexy Senior Citizen's intention to spoliate his user information to frustrate Ms. Fong-Jones' ability to enforce her intellectual property

rights, and his encouragement that Dread First do the same.

18.     It is unsurprising that these users would adopt this stance; Mr. Moon expressly encourages his users to fraudulently falsify their personal information when transacting with or on behalf of Kiwi Farms, which has the effect of making it much more difficult for vendors or payment processors to recover funds in the case of a chargeback or reversal for fraud. For example, in the autumn of 2024, Mr. Moon posted a thread on the Kiwi Farms website advertising the 2024 Halloween Merch Sale in which he described the merchandise for sale and detailing the options for payment, which included the following instructions:

> Obviously your privacy means a ton to me. One thing you can consider doing to further protect yourself is use a gift card with a random name, or a Privacy Card, which is effectively the same thing. Go to https://privacy.com/, do the KYC with them, link a bank account, and generate a card. Buy your merch under the name John Smith to a PO Box or neighbor, and you've protected yourself from snooping. It's a thing I do all the time.

This post is available at https://kiwifarms.st/threads/2024-halloween-merch-run.199858/#post-19286452.

19.     This is far from the only time Mr. Moon has encouraged his users to falsify their personal information in financial transactions. On December 17, 2025, Mr. Moon posted in the thread for his podcast "Mad at the Internet" promoting his affiliate link for the Privacy Card service referenced in the previous paragraph. In that post, he stated:

> [P]rivacy is basically a gift-card generator that works with any address and name. It doesn't cost anything to use and can work via debit. it is one of the best ways to not dox yourself to marketers. every single thing I buy I buy using a privacy card, a fake name, and a fake address.

This post is available at https://kiwifarms.st/threads/mad-at-the-internet.49299/page-4109#post-23227427 and may be seen in the screenshot below.



20.    While much of Mr. Moon's speech about data retention and falsification is best categorized as mere encouragement, he has recently crossed the line into facilitation, actively assisting users – including the Doe Movants – by altering his data preservation policies to prevent disclosure of potentially-identifying information. On June 9, 2026, well after this litigation was filed and after the § 512(h) Subpoenas were issued by this court and delivered to Lolcow, Mr. Moon posted to the Kiwi Farms website thread created to disseminate information about this case and said:

> **Nobody is taking their privacy seriously enough.**
>
> I've discovered that people don't actually take advantage of anything we offer. I permit VPNs, we have Tor, and still people constantly bareback the site from places they really shouldn't.
>
> To help compensate for people's lack of attentiveness, I have tightened my data-retention policies and added a new perk for basic green True & Honest **OR** monthly gold Premium: I no longer keep any change log or IP address history for your user account. There's no need to. Your account is vetted through the purchase itself, and the cost of getting your account banned is the literal price of the account's premium status. This includes email-change histories.

The post from which this quote is taken is available at https://kiwifarms.st/threads/lolcow-llc-v-liz-fong-jones-2026.241189/post-24702713.

21.    Based on my observations of Mr. Moon's conduct with regards to the subpoenas at issue, as well as the actions he has taken in the past in response to subpoenas and even warrants, I

believe that his information retention policies are designed at least in part for the purpose of facilitating his users' ability to frustrate others' ability to enforce their rights.

### D. Lolcow's Semi-Anonymous "BillPay" System

22.      Lolcow employs a convoluted process to receive user payments for the purpose, or at least with the calculated effect, of frustrating lawful inquiries into user identities and conduct. Lolcow has created a system based on "Billpay" technology to facilitate semi-anonymous donations from users (the "Lolcow BillPay System"). To use this system, users first add Lolcow as a BillPay payee for their bank account. After adding Lolcow as a payee, the user then configures a repeating monthly payment as they would for any other repeating Billpay withdrawal. However, rather than including their name, their username, or their user account number with the transaction record, Mr. Moon has assigned each Kiwi Farms registered user account a unique "secret 9-digit number" to ensure that the benefits conferred by donation are associated with the appropriate account. Mr. Moon explains this process in more detail at https://kiwifarms.st/posts/23594744/show.

23.      Once configured, the user's bank sends a paper check to Lolcow at its West Virginia address once a month in the amount requested by the user. Once the check arrives, in Mr. Moon's words, "[Lolcow's] mail guy will scan your check directly into a bank-controlled leased Remote Deposit Capture (RDC) machine for high-check volume businesses. The billpay id will be scanned off each check and the payment will be applied by an API I'm writing. […] None of your banking information will be stored on the site. Your billpay id will only be visible to you. The mail guy will not be able to determine which account the check is for. Bank regulations specify checks must be stored securely and checks must be destroyed adequately. Bank officials physically visit the mail guy's office to inspect it, and did so in the last month." Bank officials physically visit the mail guy's office to inspect it, and did so in the last month." The full post from which this quote is taken may be found at https://kiwifarms.st/posts/21215997/show.

11

24.    Mr. Moon represents to his users that this system is safe and anonymous. On February 5, 2026, he edited an earlier post in the "Supporting the Kiwi Farms" thread at URL to add the following information:

**Q. What Security Measures are in place?**

The gist is: No one party ever holds both the check and the user account associated it. This is why you specify your bill pay id, not your account name.

Here is a rundown of the safety precautions being taken.

- There are federal and state laws in regards to the handling of financial information.
- The billpay id that is created for your account is known only to the Kiwi Farms, not the check deposit clerk.
- Payment information is stored by the bank, not any online device, individual, or business location that I manage.
- Payments are applied to user accounts by a receipt generated by the banking service.
- No information about the depositor or the financial institution are stored on the server.
- USPS money orders and bank checks are accepted for this.

In short, who is donating to which account will be unknown to every individual. The mail clerk, the teller at the bank, and myself will never see the depositor and the user account at the same time. The clerk receives the checks with numbers on it. The bank receives the same. I receive a receipt of which payees received what payments. The Kiwi Farms receives instructions to update those accounts. Even in the event of a total breach at any of those locations, cross-contamination is not possible.

The full post may be found at https://kiwifarms.st/posts/23594744/show.

25.    Despite these assurances, however, the payor information can easily be linked with the associated Kiwi Farms user account by anyone who has access to both the user's BillPay ID and the paper check issued and delivered by the user's banking institution. Mr. Moon admitted this himself in the November 21, 2025 episode of his video podcast *Mad at the Internet*, stating "Conversely, if they have your BillPay ID, they can't go back and look at the checks and – or, they would need the checks in order to figure out what account is coming from that." *Mad at the Internet,* November 21,

2025, at 00:50:42-00:51:01, available at https://rumble.com/v7237lq-mad-at-the-internet-november-21st-2025.html.

26.    Because Mr. Moon deliberately keeps so little information about his users, as explained above, the Transactor Information is therefore likely to be necessary to identify the Doe Movants.

### E. The Kiwi Farms Enterprise Entities as Alter Egos

27.    Mr. Moon is the sole member of Lolcow LLC and Mad At The Internet LLC ("MATI"), and is the President of the United States Internet Preservation Society, Inc. ("USIPS"). While he represents that each of these are independent legal entities, the truth is that Moon treats them all as alter egos of each other and of himself. For example, the merchandise sold in the web store hosted on https://madattheinternet.com/shop/ is advertised on the Kiwi Farms website at, e.g., https://kiwifarms.st/threads/kiwi-merch-2026.238301/page-3#post-24383495. Further, the income received from merchandise sales made through MATI is spent for the benefit of the Kiwi Farms website. *See, e.g.*, https://kiwifarms.st/threads/build-a-farm-hardware-considerations.65908/page-4#post-5975966 ("fuck this, I'm going to buy a server tomorrow and hope the merch run finances it, we can't wait anymore"); https://kiwifarms.st/threads/we-need-a-3pl-company.119208/ ("Merchandise is a significant part of our income. We can't go without it.")

28.    Until Mr. Moon removed it in March 2025, the MATI Website home page contained a solicitation for donations in cryptocurrency, as seen on the Internet Archive of the web site at https://web.archive.org/web/20250313080122/https://madattheinternet.com/. The Kinesis and XMR (Monero) addresses published there for that purpose are the same as the ones published on the Kiwi Farms website to receive donations on behalf of Lolcow; *see* https://kiwifarms.st/posts/23594743/show/. In addition, the Bitcoin address published on the MATI website, bc1qzu0kcjpf98g8ssm8kfr4fz408ulmvr6qqpuknq, regularly has its contents swept into a holding wallet in the same transactions as an address which belongs to Kiwi

Farms, `bc1qvghgzdewy7tar78uy29ypqjwaur3ueecknln69`.[3] One such transaction,

from January 19, 2025, may be viewed at

https://blockchair.com/bitcoin/transaction/343a23f12ed8c8e8a6fcdbef57b47b20dc444ccb20aca4b

c64afaf656337a94d; the Kiwi Farms Bitcoin Address is Inputs 0-4 and 6, while the MATI Bitcoin

Address is Input 5. Such transactions are the equivalent of using the same bank account for both

entities, and demonstrate commingling of assets as a matter of indisputable fact.

29.     Moon has also publicly disclosed his pattern and practice of ignoring the corporate

formalities, not just between his LLCs, but between Lolcow and USIPS, which is a 501(c)(4)

nonprofit entity. For example, on May 17, 2025, Mr. Moon posted a thread to the Kiwi Farms

website titled "GiveSendGo for the Kiwi Farms 2025," available at

https://kiwifarms.st/hreads/givesendgo-for-the-kiwi-farms-2025.219811/, soliciting donations on

behalf of Lolcow and the Kiwi Farms website and stating expressly "This is explicitly for Lolcow

LLC." Despite these representations, just two days later, on May 19, 2025, Mr. Moon responded to a

user's query asking "Is there any point in funneling it into and using it under the USIPS? Or does

that open another can of worms," by saying "i can donate some of it to usips, sure." This post is

available at https://kiwifarms.st/threads/givesendgo-for-the-kiwi-farms-2025.219811/post-

21473118 and may be seen in the screenshot below.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2026
Bothell, Washington.

**Kathryn Tewson**