**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOLCOW LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZHEN ELIZABETH FONG-JONES,<br><br>    Defendant. | Case No. 1:26-cv-02059-KPF<br><br>DECLARATION OF LANE HAYGOOD IN SUPPORT OF ANSWER AND COUNTERCLAIMS |

I, Lane A. Haygood, hereby declare as follows:

1. I am an attorney admitted to practice in the State of New York and a member of the law firm Kamerman, Uncyk, Soniker & Klein, P.C., counsel of record for Defendant Zhen Elizabeth Fong-Jones in the above-captioned action. I make this declaration based upon my personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein. I submit this declaration in support of Ms. Fong-Jones's Answer and Counterclaims

2. On March 11, 2026, I sent the email attached hereto as Exhibit A to Matthew Hardin, counsel for Plaintiff. The email is a true and correct copy and has not been altered or changed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2026
Odessa, Texas

             _____
             **Lane A. Haygood**

1