**K AMERMAN , U NCYK , S ONIKER & K LEIN P.C.**

**C OUNSELORS AT L AW**

**1700 B ROADWAY , 16 TH F LOOR**

**N EW Y ORK , N EW Y ORK 10019**

<hr>

**(212) 400-4930**



June 22, 2026

**<u>VIA ELECTRONIC FILING</u>**

Hon. Judge Katherine Polk Failla
United States Courthouse
500 Pearl Street
New York, NY 10007-13
Email: failla_nysdchambers@nysd.uscourts.gov

### <u>Re: Motion to File Overlength Memorandum of Law</u>

Dear Judge Failla:

Undersigned counsel for Defendant Zhen Elizabeth Fong-Jones respectfully submits this Letter-Motion, on consent, pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Practices Rule 2.C to file a memorandum of law in support of its omnibus response to the motions to quash and motion for preliminary injunction filed by Plaintiff and the Doe Movants in this case. Ms. Fong-Jones requests that the memorandum be permitted to run up to 12,100 words. Counsel for Plaintiff Matthew Hardin and counsel for Does, Marc Randazza, consent, based on emails received by counsel on or about June 19, 2026.

Good cause exists for the overlength memorandum. In particular, Plaintiff's memorandum alone was in excess of 9,600 words, and, in the interests of judicial economy and not having to repeat Defendant's position across three similar motions with similar facts and multiple parties, Defendant has opted to file a single omnibus response as these issues are closely interwoven. As Plaintiff stated in its similar motion, presentation of this evidence fairly "requires a few words beyond the limit."

The cap of 12,100 words represents defense counsel's best attempt at concision while still respecting the gravity of these arguments and the need to discuss and apply the volume of case law pertinent to these issues. Our omnibus response will in all other respects be compliant with the rules.

This is our first request to exceed the word limit and will not affect any deadlines. Ms. Fong-Jones submits this request in connection with the Omnibus Response now due under the Court's scheduling order. See ECF 28.

For the foregoing reasons, Ms. Fong-Jones respectfully requests that this Court grant leave to file a memorandum of law in support of its Omnibus Response not to exceed 12,100 words, as counted by the Microsoft Word program utilized to prepare the document. A proposed order is set out below for the Court's convenience.

June 22, 2026
Page 2

Sincerely

KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.


By: _/s Lane A. Haygood_____

Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com


Served on: all counsel of record via the Court's CM/ECF system on June 22, 2026.

---

This Court has reviewed Defendant's unopposed request to file a memorandum of law in excess of 8,700 words, and such request is hereby GRANTED. Defendant Zhen Elizabeth Fong-Jones may file an overlength memorandum of law in support of its Omnibus Response to the Motions to Quash and Motion for Preliminary Injunction filed by the Plaintiff and the Doe Parties. The memorandum shall otherwise comply with Individual Rule 4.B.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

SO ORDERED.

Dated:     June 23            , 2026
New York, New York

**Hon. Katherine Polk Failla**
United States District Judge