**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOLCOW LLC,

        Plaintiff/Counterclaim
        Defendant,

    v.

 ZHEN ELIZABETH FONG-JONES,

        Defendant/Counterclaim
        Plaintiff.

    v.

DOE 1 A/K/A 3MMA, DOE 2 A/K/A SEXY SENIOR CITIZEN, DOE 3 A/K/A DIGGUS BICKUS, DOE 4 A/K/A TERIYAKIBURNS, DOE 5 A/K/A DREAD FIRST, DOE 6 A/K/A THE MASS SHOOTER RON SOYE, DOE 7 A/K/A GETTRGRIFTER, DOE 8 A/K/A LOLLARDY, DOE 9 A/K/A NONE7, and DOE 10 A/K/A TAQUITO,

        Third-Party Defendants.

Case No. 1:26-cv-02059-KPF

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

I, Lane A. Haygood, hereby declare as follows:

1. I am an attorney admitted to practice in the State of New York and a member of the law firm Kamerman, Uncyk, Soniker & Klein, P.C., counsel of record for Defendant Zhen Elizabeth Fong-Jones in the above-captioned action. I make this declaration based upon my personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein. I submit this declaration in support of Ms. Fong-Jones's Answer and Counterclaims

2. On March 11, 2026, I sent the email attached hereto as Exhibit A to Matthew Hardin, counsel for Plaintiff. The email is a true and correct copy and has not been altered or changed.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2026
Odessa, Texas

**Lane A. Haygood**

2