# HARDIN LAW OFFICE

Matthew D. Hardin · 101 Rainbow Drive · PMB 11506 · Livingston, TX 77399
Phone: (202) 802-1948 · Email: HardinLawPLLC@icloud.com

June 23, 2026

By ECF



Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:**    *Lolcow LLC v. Fong-Jones*, Case No. 1:26-cv-02059-KPF
Letter Motion Requesting Extension of Time

Dear Judge Failla:

Plaintiff and subpoena recipient Lolcow LLC ("Lolcow") respectfully requests, under Your Honor's Individual Rule 2(C)(i) and Local Civil Rule 7.1(d), for an Extension of Time to file a Reply Memorandum of Law in further support of its Motion to Quash and Motion for a Preliminary Injunction. Defense counsel, Lane Haygood, states that he has no objection to this request. Counsel for the Does, Marc Randazza, states that he happily consents. Replies in support of the motions are currently due June 29, 2026. ECF No. 28. This is Lolcow's first request to extend that deadline, and no prior request for an extension of the reply deadline has been made or granted.

Good cause supports this request. Lolcow's underlying motion seeks to quash three related but distinct subpoenas purportedly issued under 17 U.S.C. § 512(h) (ECF Nos. 13, 15, and 17), each of which presents slightly different underlying facts. Both sides filed overlength memoranda relating to that Motion. In their Opposition, the Defense additionally filed three declarations and argued that an evidentiary hearing should not be held. ECF No. 42.

Lolcow LLC must now address the overlength Opposition and also obtain written testimony to rebut the assertions made by the defense. Because the defense opposes an evidentiary hearing, this may be the only opportunity for the Plaintiff to obtain and present rebuttal testimony or to address the defense's contentions.

For these reasons, Lolcow respectfully requests that the Court extend the time for filing replies in support of the extant motions through and including July 6, 2026.

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin

cc: All counsel of record (via ECF)

The Court has reviewed Plaintiff's unopposed request and it is hereby GRANTED. Plaintiff may file a Reply in further support of its Motion to Quash and Motion for a Preliminary injunction on or before **July 6, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 45.

SO ORDERED.

Dated:     June 24     , 2026
          New York, New York

HON. KATHERINE POLK FAILLA
United States District Judge