UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

LOLCOW LLC,

                          Plaintiff,

          -v-

ZHEN ELIZABETH FONG-JONES, *et al.*,

                      Defendants.

----------------------------------------------------------------------X

          26 Civ. 2059 (KPF)

            ORDER

JOHN P. CRONAN, United States District Judge:

      The Court, sitting in Part I, respectfully directs the Clerk of Court to strike Docket Number 55.

      SO ORDERED.

Dated: July 2, 2026
      New York, New York

                                 JOHN P. CRONAN
                        United States District Judge