# HARDIN LAW OFFICE

Matthew D. Hardin  ·  101 Rainbow Drive  ·  PMB 11506  ·  Livingston, TX 77399
Phone: (202) 802-1948  ·  Email: HardinLawPLLC@icloud.com

July 6, 2026

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

> **Re:**  *Lolcow LLC v. Fong-Jones*, No. 1:26-cv-02059-KPF
> Consent Letter Motion for Leave to File an Overlength Reply in Support of
> the Motion for a Preliminary Injunction

Dear Judge Failla:

Pursuant to Your Honor's Individual Rule 2.C and Local Civil Rule 7.1(d), Plaintiff and subpoena recipient Lolcow LLC ("Lolcow") respectfully requests leave to file a Reply Memorandum in support of its Motion for a Preliminary Injunction that exceeds the 3,500-word limit set by Individual Rule 4.B. Lolcow asks that its reply be permitted to run up to 4,367 words.

This request is made on consent. Counsel for Counterclaim-Plaintiff Zhen Elizabeth Fong-Jones, Lane A. Haygood consented conditionally so long as the Reply was 5,000 words or fewer, and counsel for the Doe Movants, Marc J. Randazza, consented without qualification.

Good cause supports the request. Related underlying briefing has been overlength on both sides. The ordinary 3,500-word reply limit does not permit a fair response, particularly because of the complexity of the underlying issues and the volume of DMCA requests at issue.

The requested enlargement is modest in relation to the opposition (less than 900 additional words), will not delay resolution of the motion, and prejudices no party.

Lolcow thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin
*Counsel for Lolcow LLC*

Page 1 of 2

Letter Motion
July 6, 2026

## **ORDER**

IT IS SO ORDERED that this request is granted and that Lolcow LLC is permitted to file an overlength Reply Memorandum in support of its Motion for a Preliminary Injunction as set forth above.

_____
U.S. District Judge