**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LOLCOW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-02059-KPF |
| | ) | |
| ZHEN ELIZABETH FONG-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

---

**REPLY DECLARATION OF JOSHUA MOON**

---

I, Joshua Moon, hereby declare as follows:

1.      I am the sole member of Plaintiff Lolcow LLC ("Lolcow"), which owns and operates the Internet forum known as Kiwi Farms. I am the custodian of records for that forum and post on it under the handle "Null." I am fully familiar with the business operations of Lolcow LLC generally and specifically have knowledge of the Kiwi Farms forum. I make this declaration based upon my own personal knowledge, my direct operation of the forum and its systems, and my review of the forum's database, logs, and records, and, if called to testify, I could and would testify competently to the facts set forth herein.

2.      I have reviewed the Declaration of Kathryn Tewson ("Tewson Declaration"), the Declaration of Lane Haygood, and the Declaration of Zhen Elizabeth Fong-Jones. I address below certain factual assertions in those declarations that are within my personal knowledge as the custodian of records for the forum. My silence as to any other assertion is not an admission of it; I address only those matters I am personally able to speak to, and I understand that matters of law and argument are for counsel.

1

**A. Handling of Material Subject to Takedown Notices: Process and Timeline**

3.      Since March 22, 2026, when Lolcow receives a notice under the Digital Millennium Copyright Act ("DMCA") directed at a post, the post is suppressed from public display through a purpose-built software module. The times stated in this section are drawn directly from the forum's records, which record these events to the second, and which I have preserved.

4.      Lolcow's DMCA agent received the takedown notice dated March 20, 2026 at 4:10 p.m. Eastern Daylight Time on that date. The posts numbered 23950891 (authored by the user "Sexy Senior Citizen") and 23960137 (authored by the user "Diggus Bickus") were suppressed on March 22, 2026 at 10:11:55 a.m. Eastern Daylight Time, approximately 42 hours after receipt of the notice, over a weekend, on a forum administered by a single person. The suppression was executed within seconds of the notice being entered into the forum's DMCA processing module.

5.      Lolcow's DMCA agent received a further takedown notice on March 25, 2026 at 6:28 p.m. Eastern Daylight Time. The post numbered 24020214 (authored by the user "GettrGriftr") was suppressed on March 26, 2026 at 5:27:57 p.m. Eastern Daylight Time, approximately 23 hours after receipt.

6.      As of the date of this declaration, no counter-notification under 17 U.S.C. § 512(g) has been received with respect to these suppressed posts, and these suppressed posts have not been restored.

7.      The post numbered 23783876 (authored by the user "The Mass Shooter Ron Soye") and the attachment numbered 8606946 (uploaded by the user "3MMA") were identified in the letter from Fong-Jones's counsel dated February 26, 2026. That letter predates the DMCA processing module described above, which was built in response to the volume of notices that followed; the letter is accordingly not recorded in that module. Lolcow did not suppress that

material. That was not an oversight: Lolcow responded to the letter through counsel on March 2, 2026, disputing that the identified uses infringe and asserting that they are fair use. Lolcow thereafter commenced this action seeking a declaration to that effect. The continued availability of that material, described in paragraph 8 of the Tewson Declaration, reflects Lolcow's openly stated and litigated position that the material is non-infringing (a position communicated to Fong-Jones's counsel in writing before this action was filed), not a concealed failure to process a notice.

8.      As of June 8, 2026, the date of the observations in paragraph 8 of the Tewson Declaration, no takedown notice received by Lolcow had ever identified a direct storage URL (a URL beginning "https://uploads.kiwifarms.st/data/attachments/"). Every notice received to that point identified forum posts by their post URLs or, in one instance, an attachment by its forum attachment page (the February 26, 2026 letter's reference to attachment 8606946). The first notice to identify direct storage URLs was received on June 25, 2026 at approximately 4:16 p.m. Eastern Daylight Time, after the opposition papers in this matter were filed. I blocked access to the two direct storage URLs identified in that notice at the web-server level the same day: the blocking configuration was written beginning at 7:07:58 p.m., the web server reloaded with the block in effect at 7:08:38 p.m., and I verified at 7:08:56 p.m. that both URLs no longer serve the files. From receipt of the notice to verified blocking took approximately three hours. A request to either URL today returns HTTP status 451, "Unavailable For Legal Reasons." These times are recorded in records I have preserved.

**B. Retention of Suppressed Attachment Files**

9.      When a post is suppressed under the DMCA module, underlying attachment files bearing separate URLs, including the small preview image (the "thumbnail"), are not deleted from storage. The forum's software ceases to reference or display them on any page; the files remain in

storage as orphaned objects. I retain the files in this state rather than destroying them because the DMCA contemplates that suppressed material may have to be restored upon a valid counter-notification, which is impossible if the file has been irreversibly destroyed.

10.    Each attachment file is addressed by a URL containing a token derived from the file's contents and its attachment record. The URL of a suppressed attachment is not displayed anywhere on the forum, is not linked from the suppressed post, and does not appear in any index or directory listing of the site. It cannot be discovered by browsing the forum or by following links on it. However, the storage layer that serves these reduced-size, derivative preview files does not itself perform access control: a person who already possesses the exact URL of a file that remains in storage (for example, a person who recorded the URL before the post was suppressed) can retrieve the file by requesting that URL directly. This is true regardless of whether the requester is a guest, a member, a moderator, or an administrator. Accordingly, on June 8, 2026, the direct-attachment URLs listed in paragraph 8 of the Tewson Declaration would have returned the thumbnail image files to any person who already possessed those exact URLs, including the three attachment files associated with the suppressed posts. The forum itself provided no path by which those URLs could be discovered.

**C. Access to Suppressed Content**

11.    Content suppressed under the DMCA module is not viewable by ordinary users, by premium users, or by the forum's moderators. The forum's permission system contains no moderator-level bypass for DMCA-suppressed content. Exactly two administrator accounts on the forum hold the permission required to view suppressed content: my own account and an account maintained for Lolcow's counsel. In addition, the author of a suppressed post can view that author's own suppressed content. That author exception is deliberate: a user cannot meaningfully

4

evaluate or prepare a counter-notification under 17 U.S.C. § 512(g) with respect to material the user cannot see.

**D. The "Latest Activity" Display Issue**

12.     Paragraph 9 of the Tewson Declaration accurately reports that on June 13, 2026, a thumbnail associated with a suppressed post rendered on a user's "Latest Activity" page. The cause was as follows. On March 21, 2026, I modified the template that renders news-feed items so that the text of a suppressed post would be replaced with a suppression notice. That modification addressed the text of feed items but did not address a separate template macro that renders attached-image thumbnails within feed items. As a result, from March 22, 2026 (when the first posts were suppressed) until the fix described below, a feed item for a suppressed post displayed the suppression notice in place of the post's text but continued to render the post's attachment thumbnail. The exposure was limited to the thumbnail preview image; the original full-size attachment was never accessible through this path. As discussed above, the thumbnail preview is not the same image as the underlying post or the underlying attachment. When most types of attachments are uploaded to the forum, the system will automatically create these thumbnails by shrinking the original image and throwing away most of its detail in the process, leaving a small, coarse preview that contains only a fraction of the original picture's information. This is how Google Images presents previews to its users.

13.     I eliminated this issue completely on June 23, 2026 at 2:37:35 p.m. Eastern Daylight Time, by extending the forum software's news-feed permission checks so that feed items for suppressed content are omitted entirely for unauthorized viewers. The precise time of the fix is recorded in records I have preserved. To the best of my knowledge, this display issue was never communicated to me before it appeared in the motion papers filed on June 22, 2026; I identified

and corrected it the following day. Had Fong-Jones or Fong-Jones's counsel communicated any concern, it is likely the software could have been changed more quickly.

**E. Removal in the Ordinary Course**

14.     The conduct of the forum in response to recently posted material illustrates how removal occurs in the ordinary course. On June 23, 2026, a post was made to the forum at 1:01:45 p.m. Eastern Daylight Time. That post was reported by a forum user. I reviewed the report, agreed that the post violated the forum's rules, and removed it at 2:08:01 p.m. Eastern Daylight Time the same day, approximately one hour and six minutes after it was posted. A takedown notice concerning that material was not received by Lolcow's designated DMCA agent until June 25, 2026, at approximately 4:16 p.m. Eastern Daylight Time, roughly two days after the post had already been removed through the forum's ordinary moderation process. I have preserved records supporting these times.

15.     The suppression system described above was implemented quickly, in response to a high volume of takedown notices from Fong-Jones, even though I am the sole individual who has the ability to implement such changes. It reflects my good-faith effort on behalf of Lolcow LLC to comply with the DMCA while preserving the counter-notification and restoration rights the statute confers on users. The DMCA is a specific statutory process; it is not a universal content policy, and other legal obligations are addressed according to their own requirements.

**F. Privacy Practices**

16.     I encourage forum users to protect their personal privacy, including by using virtual private networks and by using email addresses not tied to their other activities. I would encourage any person, of any background, to do the same. I do so because I regard personal privacy as

6

important and because forum users have been subjected to real-world harm after being identified, as previous declarations in this case by Kevin Crawley and Ted Hahn demonstrate. I do not encourage these practices for the purpose of frustrating any lawful legal process, and I am not able to speak to the intentions of any forum user in adopting them.

17.    I have described to users the use of services such as Privacy.com, which allow a person to generate a payment card and use a pseudonymous name and billing address for online purchases. Using such a card, or a gift card, with a pseudonym is a lawful consumer privacy practice whose purpose is to prevent retailers from selling or disseminating a purchaser's real name and address, which routinely end up on public people-search websites that can be used to locate and harass individuals. Describing these lawful tools is not the encouragement of fraud.

## G. The Forum's Payment Systems

18.    Each registered user account is assigned a nine-digit identifier between 100,000,000 and 199,999,999 (the "BillPay ID"). The BillPay ID is displayed only to the account's own user; it is not derivable from any public information about the account and is known only to the user and to the forum's software.

19.    A user who wishes to contribute by check enters the BillPay ID as the "account number" in the user's own bank's bill-pay facility, and the bank mails a physical check. A volunteer agent (who is not a moderator or administrator of the forum and has no ability to look up any user by BillPay ID) collects the mail, transcribes each check's account number and amount onto an itemized deposit slip, and emails that slip to me. The slip contains only BillPay IDs and amounts. The agent then mails the checks to Lolcow's bank, Old Glory Bank, which deposits them. I receive no copies or images of the checks; the bank's online portal reflects each deposit as an aggregate line item without check images. I apply the slip's line items to user accounts by BillPay

ID, crediting one month of premium status per twenty dollars. A post I previously made to the forum, quoted at paragraph 23 of the Tewson Declaration, described a planned process in which the agent would scan checks into a bank-leased Remote Deposit Capture machine. No such machine was available to Lolcow and that process was never implemented. The process actually in use is the one described in this paragraph: the checks are mailed to the bank, and the bank performs deposit capture at its own facilities.

20.    At no point in this process does any single person hold both a physical check (which bears payor information) and the ability to associate it with a forum account. The agent holds checks and BillPay IDs but cannot resolve an ID to an account. I can resolve an ID to an account but never possess the checks or any payor bank information. After deposit, images of the checks and the payor information they bear are held by the banks, not by Lolcow. Apart from the account's own user, I am the only person able to look up an account by BillPay ID.

21.    Premium status on an account is not evidence that the account's user made any payment. A user who purchases multiple months of premium status may gift months to any other user in any distribution. An account's premium status may therefore reflect a gift from a different user entirely.

22.    As an alternative to the BillPay ID, a user may generate a single-use token (three words joined by hyphens) and supply that token with a payment instead of the BillPay ID. The token resolves to the user's account once and is deleted upon use; after use, the token cannot be used by anyone, including me, to look up any account. The single-use character of these tokens is a designed feature of the system that predates this litigation. The forum also accepts cryptocurrency contributions, which carry no payor information. The forum also accepts SEPA transfers to a Finnish account held by Lolcow LLC. Statements for that account identify the origin of deposits.

Whether a given transfer is linkable to a forum account depends on whether the sender referenced a BillPay ID (linkable to an account only by reference to Lolcow records as described above) or a consumed single-use token (not linkable to an account even with reference to Lolcow's other records).

**H. Corporate Structure**

23.     I am the sole member of Lolcow LLC and of Mad at The Internet LLC ("MATI"). Lolcow LLC is a West Virginia limited liability company. MATI is a Wyoming limited liability company.

24.     I am also a member of the Board of Directors for the United States Internet Preservation Society ("USIPS"). That entity is a 501(c)(4) nonprofit corporation organized in South Dakota. I am one of three members on the Board, and I am prohibited by law from using a nonprofit or its resources to enrich myself or my for-profit entities. USIPS is in full compliance with the laws governing nonprofits both federally and in South Dakota. It is not subject to my unilateral control (or even majority control) and does not serve either my personal interests or the private interests of any other individual, but serves only charitable, nonprofit purposes.

25.     Lolcow, MATI, and USIPS each maintain their own separate bank accounts and I do not commingle funds between those accounts.

26.     For security, cryptocurrency deposit addresses for both Lolcow and MATI are held on a single physical signing device that I control. Each entity has its own separate deposit addresses on that device. The device's wallet software periodically consolidates received funds from multiple deposit addresses into a holding address in a single transaction; the January 19, 2025 transaction described in paragraph 28 of the Tewson Declaration is such an automatic consolidation performed by the wallet software, not a transfer of funds between the entities.

27.     No funds raised through the GiveSendGo campaign described in paragraph 29 of the Tewson Declaration have been transferred to USIPS. USIPS's own fundraising is conducted through the USIPS website.

28.     I do not commingle or launder funds between myself and these entities or between the entities and each other. Since 2018 I have produced a podcast commenting on public discussions from the Kiwi Farms forum. All such content is publicly accessible online without an account, and numerous third-party channels produce similar commentary from the same material; my administrator role gives me no privileged access to it. I began the Mad at the Internet podcast because Lolcow LLC did not generate meaningful revenue and because people valued my own commentary on the website and its content in podcast form.

### I. Identification of a Forum User

29.     Fong-Jones claims to have identified Kevin Crawley after he posted on Kiwi Farms. He was subsequently fired from his job, and Fong-Jones celebrated that termination publicly. This is one of the reasons I regard privacy-protective practices for forum users as important.

### J. Moderation Practices

30.     The forum maintains a system for the removal of non-consensual intimate imagery (referred to on the forum as "NCII"), and I and the forum's moderators have assisted individuals in removing such material in the past. The forum has maintained a dedicated NCII takedown point of contact, ncii@kiwifarms.net, for over a year. The forum has never published an NCII takedown request. The forum has had a written policy regarding the distribution of nonconsensual pornography that predates the passage of the TAKE IT DOWN Act, and has taken steps as a matter of policy to reduce the negative impact of consensual pornography ("harm reduction" practices).

10

Lolcow LLC does not condone or publish revenge pornography, and any characterization of the forum as a revenge pornography website is repugnant and contrary to the zeitgeist of its community. The forum's moderators take action against users who encourage off-site harassment or off-site conduct. The forum administration is itself a frequent target of "swatting," the practice of making false emergency reports to provoke an armed police response to a person's home, and there is a zero-tolerance policy for encouraging, or posting in approval of, such actions.

**K. Pattern of Enforcement Against Derivative Images**

31.     I have personally reviewed the forum thread concerning the user "Betsy Dupuis," in which a number of AI-modified variants of the photograph at issue were posted. On the relevant page, nine such derivative images appear. Five of them were made the subject of takedown notices and suppressed; four were not. The suppressed and unsuppressed posts are interspersed and not in any sequential order.

32.     The five derivatives that were suppressed are those that remain visually similar to the original photograph. The four that were not suppressed are those most heavily altered (for example, variants depicting the subject performing a handstand, or composited with unrelated figures) and are visually most dissimilar from the original photograph. The accompanying text does not meaningfully differ between the suppressed and unsuppressed posts; it consists of brief commentary on the images, and the posts in this thread do not contain any statement that the images were AI-generated.

33.     The posts made the subject of takedown notices are not confined to the most visible threads concerning Fong-Jones or this litigation. Suppressed posts also appear in a comparatively small, low-traffic thread that is not focused on this litigation and that a person reviewing the most visible discussion of Fong-Jones would have no particular reason to locate. There appears to be no

logical reason why Fong-Jones has targeted certain images for DMCA takedown notices and suppression while others have been left alone, despite visual similarity and proximity on the Internet.

**L. Preservation**

34.     I have retained the information relevant to this matter as of the time litigation commenced, including the records from which the times stated in this declaration are drawn. Any change I have made to the forum's general data-retention practices is prospective only, is consistent with a privacy-forward approach that predates this litigation by years, and does not alter the information relevant to this case, which I have retained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>July 6th</u>, 2026

<u>Joshua Moon</u>

**Joshua Moon**

*Custodian of Records, Lolcow LLC*