# EXHIBIT A



**Figure 2.** Ethically and DMCA-compliantly schematic reconstruction of a photographic consent accident



**Figure 2.** Ethically and DMCA-compliantly schematic reconstruction of a photographic consent accident