**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK 10019**

**(212) 400-4930**

July 13, 2026

**VIA ELECTRONIC FILING**

MEMO ENDORSED

Hon. Judge Katherine Polk Failla
United States Courthouse
500 Pearl Street
New York, NY 10007-13
Email: failla_nysdchambers@nysd.uscourts.gov

### Re: Motion to File Sur-Reply

Dear Judge Failla:

Undersigned counsel for Defendant Zhen Elizabeth Fong-Jones respectfully submits this Letter-Motion, pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Practices Rule 2.C to request leave to file the proposed surreply memorandum of law annexed hereto as Exhibit 1. Counsel for Plaintiff Matthew Hardin expressed no position via email on July 11, 2026. Counsel for the Does has not responded as of the time of the filing of this motion.

Good cause exists for the sur-reply. In particular, Plaintiff's reply introduced new claims regarding DMCA notices submitted on June 25, 2026 that had never previously been raised, and to which Ms. Fong-Jones therefore had no prior opportunity to respond. This is our first request to file a surreply and will not affect any deadlines. For the foregoing reasons, Ms. Fong-Jones respectfully requests that this Court grant leave to file the proposed sur-reply. A proposed order is set out below for the Court's convenience.

Sincerely

KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.

By: */s Lane A. Haygood*

Lane A. Haygood

July 13, 2026
Page 2

Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

Served on: all counsel of record via the Court's CM/ECF system on July 13, 2026.

---

This Court has reviewed Defendant's request to file a surreply to the Replies filed by Plaintiff and the Doe Parties, and such request is hereby GRANTED. Defendant Zhen Elizabeth Fong-Jones may file the proposed surreply annexed as Exhibit 1 to her request for leave to file.

The Clerk of Court is directed to terminate the pending motion at docket entry 67.

SO ORDERED.

Dated: ____July 14_____, 2026
New York, New York

**Hon. Katherine Polk Failla**
United States District Judge