**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOLCOW LLC,

        Plaintiff/Counterclaim
        Defendant,

v.

ZHEN ELIZABETH FONG-JONES,

        Defendant/Counterclaim
        Plaintiff.

Case No. 1:26-cv-02059-KPF

**NOTICE OF ERRATA**

Defendant Zhen Elizabeth Fong-Jones ("Fong-Jones" or "Defendant"), by and through her undersigned counsel, files this Notice of Errata to ECF 69, the surreply directed to be filed by the Court. After filing, counsel noticed that footnote 2 had the incorrect URL. The URL has been corrected in the corrected surreply attached hereto.

Respectfully submitted this the 14th day of July, 2026.

Dated: July 14, 2026
    New York, New York

Respectfully submitted,

**KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.**

By: /s/ Lane A. Haygood
    Lane A. Haygood
    1700 Broadway, 16th Floor
    New York, New York 10019
    Tel: (646) 845-6085
    lhaygood@kusklaw.com

Counsel for Defendant
Zhen Elizabeth Fong-Jones

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing document with the Clerk of this Court using the District Court's CM/ECF system. I further certify that a true and correct copy of the foregoing, together with its attachments, will be served on all parties and counsel of record through the Notices of Electronic Filing system implemented by the District Court's CM/ECF system.

/s/ Lane Haygood
Lane A. Haygood

2