**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

**COUNSELORS AT LAW**

**1700 BROADWAY, 16TH FLOOR**

**NEW YORK, NEW YORK  10019**

———

**(212) 400-4930**

July 22, 2026

**<u>VIA ELECTRONIC FILING</u>**

Hon. Judge Katherine Polk Failla
United States Courthouse
500 Pearl Street
New York, NY 10007-13
Email: failla_nysdchambers@nysd.uscourts.gov

<b><u>Re: Consent Motion to Adjourn All Filing Deadlines Pending Court Action, 1:26-cv-02059-KPF</u></b>

Dear Judge Failla:

Undersigned counsel for Defendant Zhen Elizabeth Fong-Jones respectfully submits this Letter-Motion, on consent, pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Practices Rule 2.C to adjourn all deadlines until thirty (30) days after this Court rules on all pending matters following the August 27, 2026, conference set by this Court (ECF 59).

Good cause exists for the adjournment of deadlines. Plaintiff filed its First Amended Complaint as of right on July 10, 2026. The due date to answer that complaint under the Rules of Civil Procedure is July 24, 2026. However, with motions to quash, for preliminary injunction, and other relief currently pending, the outcome of said rulings by the Court could materially affect the procedural posture of further answers and motions.

This is the parties' first request to adjourn all deadlines following the submission of the First Amended Complaint.

For the foregoing reasons, Ms. Fong-Jones respectfully requests that this Court adjourn all deadlines until thirty (30) days after the Court rules on the pending motions. A proposed order is set out below for the Court's convenience.

Sincerely

KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.

July 22, 2026
Page 2

By: /s Lane A. Haygood

Lane A. Haygood
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com

Served on: all counsel of record via the Court's CM/ECF system on July 22, 2026.

This Court has reviewed Defendant's unopposed request to adjourn all pending filing deadlines, and such request is hereby GRANTED. The deadline to answer the First Amendment Complaint, as well as any other deadlines, are adjourned until thirty (30) days after this Court rules on all the pending motions following the August 27, 2026, telephonic conference previously scheduled.

SO ORDERED.

Dated: _____, 2026
       New York, New York

_____
**Hon. Katherine Polk Failla**
United States District Judge