RANDAZZA LEGAL GROUP

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

**28 August 2026**

Via CM/ECF and Electronic Mail
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
<Failla_NYSDChambers@nysd.uscourts.gov>

***Re: Lolcow, LLC v. Fong-Jones, Case No. 1:26-cv-02059***

Dear Judge Failla:

We have the privilege of representing Does 1-7, the putative subpoena subjects in the above-referenced matter. On August 27, 2026, Your Honor issued an extensive oral ruling granting our clients' motion to quash. We appreciate Your Honor's thoroughness, and we believe that it should be reduced to a written opinion and submitted for publication in the Federal Supplement.

Your Honor's decision will be helpful to other litigants. The oral ruling addressed the intersection of fair use with the meme-ification of images (the phenomenon of superimposing text onto an image to transform its expressive content and comment thereon). It also addressed the incidental use of an image when a newsworthy or comment-worthy social media post is made and must, by necessity, be reproduced.

Given the ubiquity of the modern reproduction of images on social media, publication of the ruling will help educate litigants. It will foster the purpose of Local Civil Rule 7.2 and likely serve as persuasive authority in future cases. Publishing the ruling will spare future litigants and the courts unnecessary expense litigating to the same outcome reached by Your Honor. Furthermore, it will promote the resolution of free speech cases, as it provides explicit guidance as to when fair use applies. The evolution of the law is advanced by clear pronouncements such as your order being available to parties pre-litigation, so that they can evaluate their rights before requiring parties and judges to simply come to the same correct conclusion you came to.

If Your Honor wishes, upon receipt of the transcript, we would be happy to prepare the written version of the opinion. Thank you for your attention to this matter.

Sincerely,

Jay M. Wolman

cc: All parties via CM/ECF