RANDAZZA
LEGAL GROUP

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

**1 September 2026**

Via CM/ECF and Electronic Mail
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
<Failla_NYSDChambers@nysd.uscourts.gov>

***Re: Lolcow, LLC v. Fong-Jones, Case No. 1:26-cv-02059***

Dear Judge Failla:

On August 27, 2026, the Court issued its ruling orally on the motions appearing at ECF Nos. 30, 31, and 34. It has since been transcribed, and a courtesy copy is attached for the Court's convenience. For docket management purposes and to facilitate the First Amendment right of access, we believe that the Clerk should docket the transcript as the order of the Court, with the docket notations reflecting that it resolves said motions.

Thank you for your attention to this matter.

Sincerely,

Jay M. Wolman

cc: All parties via CM/ECF

Encl.

100 Pearl Street, 14th Floor, Hartford, Connecticut 06103
jmw@randazza.com | 888.887.1776