RANDAZZA
LEGAL GROUP

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

**1 September 2026**

**MEMO ENDORSED**

Via CM/ECF and Electronic Mail
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
<Failla_NYSDChambers@nysd.uscourts.gov>

***Re: Lolcow, LLC v. Fong-Jones, Case No. 1:26-cv-02059***

Dear Judge Failla:

On August 27, 2026, the Court issued its ruling orally on the motions appearing at ECF Nos. 30, 31, and 34. It has since been transcribed, and a courtesy copy is attached for the Court's convenience. For docket management purposes and to facilitate the First Amendment right of access, we believe that the Clerk should docket the transcript as the order of the Court, with the docket notations reflecting that it resolves said motions.

Thank you for your attention to this matter.

Sincerely,

Jay M. Wolman

cc: All parties via CM/ECF

Encl.

100 Pearl Street, 14th Floor, Hartford, Connecticut 06103
jmw@randazza.com | 888.887.1776

The Court's August 27, 2026 Oral Decision, as memorialized in the August 27, 2026 Minute Entry, stands on its own. A transcript of the Oral Decision will be docketed in due course. In the meantime, the Court accepts Third-Party Defendants' representation that the document appended to their above letter (Dkt. #75-1) is a fair and accurate copy of that transcript.

Dated: September 2, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE